**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF TENNESSEE

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy            4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Legacy Interactive, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **FKA  edo interactive, Inc.** **FDBA  Facecard** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-0204122** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **384 Green Hills Village Drive** **Suite 425** **Nashville, TN 37215** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Davidson** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Legacy Interactive, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>5418</u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***    *Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

---

■    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☑ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 17, 2017**
              MM / DD / YYYY

**X** **/s/ Edward Braswell**          **Edward Braswell**
     Signature of authorized representative of debtor        Printed name

Title    **President, Secretary & CEO**

**18. Signature of attorney**

**X** **/s/ JOHN C. TISHLER**        Date **November 17, 2017**
     Signature of attorney for debtor             MM / DD / YYYY

**JOHN C. TISHLER**
Printed name

**Waller Lansden Dortch & Davis, LLP**
Firm name

**511 Union Street, Suite 2700**
**Nashville, TN 37219**
Number, Street, City, State & ZIP Code

Contact phone   **615-244-6380**      Email address

**013441**
Bar number and State

Fill in this information to identify the case:

Debtor name **Legacy Interactive, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 17, 2017**   X /s/ Edward Braswell
                                     Signature of individual signing on behalf of debtor

                                     **Edward Braswell**
                                     Printed name

                                     **President, Secretary & CEO**
                                     Position or relationship to debtor

Debtor name   **Legacy Interactive, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................... $     **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................ $     **2,120,281.05**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $     **2,120,281.05**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **11,817.54**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **10,202,166.54**

4. **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b     $     **10,213,984.08**

| | |
|---|---|
| Debtor name | **Legacy Interactive, Inc.** |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF TENNESSEE |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Bank, Lexington, TN** | **Checking Account** | **5001** | **$28,126.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$28,126.00**

### Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:          Accounts receivable

10. **Does the debtor have any accounts receivable?**

   ■ No. Go to Part 4.
   ☐ Yes Fill in the information below.

### Part 4:          Investments

13. **Does the debtor own any investments?**

   ☐ No. Go to Part 5.
   ■ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 3:17-bk-07878   Doc 1   Filed 11/17/17   Entered 11/17/17 16:40:22   Desc Main
Document          Page 7 of 38

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.**   **Mutual funds or publicly traded stocks not included in Part 1**
      Name of fund or stock:

**15.**   **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
      Name of entity:               % of ownership

    15.1.   **128,781 shares of common stock of Augeo Affinity Marketing, Inc.**        _____ %     _____     **$1,500,000.00**

**16.**   **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
      Describe:

**17.**   **Total of Part 4.**                                                      **$1,500,000.00**
      Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

  ■ No.  Go to Part 6.
  ☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

  ■ No.  Go to Part 7.
  ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

  ■ No.  Go to Part 8.
  ☐ Yes Fill in the information below.

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

  ■ No.  Go to Part 9.
  ☐ Yes Fill in the information below.

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

  ■ No.  Go to Part 10.
  ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

| Debtor | **Legacy Interactive, Inc.** | Case number *(If known)* | _____ |
|---|---|---|---|
| | Name | | |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property**<br>**Escrowed cash paid by Augeo Affinity Marketing, Inc. to cover potential indemnity claims resulting from purchase of assets** | $92,155.05 |
| | **Escrowed 42,867 shares of stock of Augeo Affinity Marketing, Inc.** | $500,000.00 |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $592,155.05 |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $28,126.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $1,500,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $592,155.05 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,120,281.05 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,120,281.05 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Legacy Interactive, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Legacy Interactive, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| 2.1 Priority creditor's name and mailing address **AMES, JOHN R., PCC CTA DALLAS COUNTY TAX OFFICE 1201 ELM STREET, STE 2600 DALLAS, TX 75270** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | $92.57 | $0.00 |
| Date or dates debt was incurred **4/10/2017** | Basis for the claim: **Dallas County Taxes** | | |
| Last 4 digits of account number ___ Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |
| 2.2 Priority creditor's name and mailing address **HMRC - LONDON/ HMRC CUMBERNAULD IBAN: GB62BARC20114770297690 BIC: BARCGB22   HM REVENUE AND CUSTOMS BX9-1AS** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $9,838.63 | $0.00 |
| Date or dates debt was incurred **12/31/2016** | Basis for the claim: **Taxes** | | |
| Last 4 digits of account number **0064** Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | |

Case 3:17-bk-07878   Doc 1   Filed 11/17/17   Entered 11/17/17 16:40:22   Desc Main
                    Document      Page 12 of 38

| Debtor | **Legacy Interactive, Inc.** | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,641.20 | $0.00 |
|---|---|---|---|---|

| **METROPOLITAN COUNTY TRUSTEE**<br>**700 2ND AVE S #200**<br>**NASHVILLE, TN 37210** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
|---|---|

| Date or dates debt was incurred<br>**6/5/2017** | Basis for the claim:<br>**Taxes** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.14 | $0.00 |
|---|---|---|---|---|

| **WILLIAMSON COUNTY TRUSTEE**<br>**1320 W MAIN ST**<br>**STE 203**<br>**FRANKLIN, TN 37064** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed |
|---|---|

| Date or dates debt was incurred<br>**6/13/2017** | Basis for the claim:<br>**Taxes** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,753.98 |
|---|---|---|---|

| **ALLISON, ROBERT G.**<br>**5 JENNER**<br>**SUITE 100**<br>**IRVINE, CA 92618** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|
| Date(s) debt was incurred **3/22/2016** | Basis for the claim: **Money loaned** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,617.28 |
|---|---|---|---|

| **AYLWARD, JAMES P.**<br>**101 WESTPARK DR**<br>**SUITE 100**<br>**BRENTWOOD, TN 37027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|
| Date(s) debt was incurred **3/22/2016** | Basis for the claim: **Money loaned** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,740.93 |
|---|---|---|---|

| **BADRAN, SOUHEIL**<br>**7919 N LAKE DR**<br>**FOX POINT, WI 53217** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|
| Date(s) debt was incurred **1/8/2016** | Basis for the claim: **Money loaned** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:17-bk-07878   Doc 1   Filed 11/17/17   Entered 11/17/17 16:40:22   Desc Main
Document   Page 13 of 38

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $216,734.62 |
|---|---|---|---|

**3.4**
Nonpriority creditor's name and mailing address
**BAID VENTURE III LIMITED PARTNERSHIP**
**227 W MONROE ST**
**STE 1900**

Date(s) debt was incurred  12/30/2015

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No  ☐ Yes

**$216,734.62**

---

**3.5**
Nonpriority creditor's name and mailing address
**BP PHOENIX LLC**
**C/O MISSION PEAK CAPITOL**
**1908 MAIN ST**
**KANSAS CITY, MO 64108**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ■ No  ☐ Yes

**$533,000.00**

---

**3.6**
Nonpriority creditor's name and mailing address
**BRADEN R KELLEY 12/16/12 IRREVOCABLE TRT**
**IRREVOCABLE GRANTOR DYNASTY TRUST**
**923 LUNDY LANE**
**LOS ALTOS, CA 94024**

Date(s) debt was incurred  3/22/2016

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,963.89**

---

**3.7**
Nonpriority creditor's name and mailing address
**BRASWELL, EDWARD**
**208 DEER PARK DR**
**NASHVILLE, TN 37205**

Date(s) debt was incurred  12/24/2015

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

**$148,140.89**

---

**3.8**
Nonpriority creditor's name and mailing address
**BURNSTEIN, MATTHEW**
**945 TRAVELERS CT**
**NASHVILLE, TN 37220**

Date(s) debt was incurred  3/22/2016

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,390.71**

---

**3.9**
Nonpriority creditor's name and mailing address
**BUZZACOTT**
**130 WOOD ST**
**LONDON EC2V 6DL**

Date(s) debt was incurred  9/22/2017

Last 4 digits of account number  SMCK

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Professional services rendered 1,300 GBP**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,715.00**

---

**3.10**
Nonpriority creditor's name and mailing address
**BVP III AFFILIATES FUND LIMITED PTNERSHP**
**227 W MONROE ST**
**SUITE 1900**
**CHICAGO, IL 60606**

Date(s) debt was incurred  12/30/2015

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Money loaned**

Is the claim subject to offset? ■ No  ☐ Yes

**$60,035.01**

---

Case 3:17-bk-07878   Doc 1   Filed 11/17/17   Entered 11/17/17 16:40:22   Desc Main
Document      Page 14 of 38

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $77,989.54 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|
| | **BVP III SPECIAL AFFILIATES LTD PTNERSHP**<br>**227 W MONROE ST**<br>**SUITE 1900**<br>**CHICAGO, IL 60606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _12/30/2015_ | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,375,114.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------------|
| | **CONCUR TECHNOLOGIES**<br>**601 108TH AVE NE, STE 1000**<br>**BELEEVUE, WA 98004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _1/1/2017_ | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $121,048.58 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-------------|
| | **CORRELATION VENTURES LP**<br>**9393 TOWNE CENTRE DR**<br>**SAN DIEGO, CA 92121** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _3/22/2016_ | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,473.76 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-----------|
| | **CT CORPORATION**<br>**208 S LASALLE ST #814**<br>**CHICAGO, IL 60604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _5/31/2017_ | Basis for the claim:  **Registered Agent Services** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,722.19 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|-------------|
| | **DAILY, GREG**<br>**5353 HILLSBORO PIKE**<br>**NASHVILLE, TN 37215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _3/22/2016_ | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,336.77 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|
| | **DEANA GOAD DYNASTY TRUST**<br>**917 STUART LANE**<br>**BRENTWOOD, TN 37027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _3/22/2016_ | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,769.41 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|
| | **EARTHMAN, WILLIAM F. III**<br>**4409 SHEPPARD PL**<br>**NASHVILLE, TN 37205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  _3/22/2016_ | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number  _ _ | Is the claim subject to offset? ■ No ☐ Yes | |

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 4 of 9

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case 3:17-bk-07878 Doc 1 Filed 11/17/17 Entered 11/17/17 16:40:22 Desc Main
Document  Page 15 of 38

| Debtor | **Legacy Interactive, Inc.** | Case number _(if known)_ | |
|---|---|---|---|
| | Name | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $120,808.38 |
|---|---|---|---|

**FCA VENTURE MANAGEMENT LLC**
**5314 MARYLAND WAY**
**SUITE 100**
**BRENTWOOD, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _1/25/2016_

**Basis for the claim:** **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $530,245.47 |
|---|---|---|---|

**FCA VENTURE PARTNERS IV LP**
**5314 MARYLAND WAY**
**SUITE 100**
**BRENTWOOD, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _12/28/2015_

**Basis for the claim:** **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $423,247.51 |
|---|---|---|---|

**FRED GOAD**
**5123 VIRGINIA WAY**
**BRENTWOOD, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _1/25/2016_

**Basis for the claim:** **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $324,385.00 |
|---|---|---|---|

**GCA SAVVIAN ADVISORS LLC**
**ONE MARITIME PLAZA**
**SAN FRANCISCO, CA 94111**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _12/31/2016_

**Basis for the claim:** **Advisor Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $4,668.71 |
|---|---|---|---|

**HUNNICUTT, JOHN**
**8048 POPLARWOOD RD**
**NASHVILLE, TN 37221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _3/22/2016_

**Basis for the claim:** **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $6,481.63 |
|---|---|---|---|

**JOHNSTON, ANTHONY S.**
**404 JACKSON BLVD**
**NASHVILLE, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _3/22/2016_

**Basis for the claim:** **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $22,696.65 |
|---|---|---|---|

**KELLY, BRADEN R.**
**923 LUNDY LANE**
**LOS ALTOS, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _3/22/2016_

**Basis for the claim:** **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$107,424.88** |
| --- | --- | --- | --- |
| | **KEVER INVESTMENT PARTNERSHIP**<br>**700 12TH AVE SOUTH #813**<br>**NASHVILLE, TN 37023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/22/2016 | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$623,253.12** |
| --- | --- | --- | --- |
| | **KEVER, JIM**<br>**76 ST MELLION**<br>**NASHVILLE, TN 37215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/28/2015 | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,995.00** |
| --- | --- | --- | --- |
| | **MCDERMOTT WILL & EMERY**<br>**500 NORTH CAPITAL ST NW**<br>**WASHINGTON, DC 20001-1531** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/31/2016 | Basis for the claim:  **Legal Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,152.59** |
| --- | --- | --- | --- |
| | **MCGINTY, STEVEN & LISA**<br>**1061 LYNWOOD BLVD**<br>**NASHVILLE, TN 37215** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/22/2016 | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,386.14** |
| --- | --- | --- | --- |
| | **MCNAMARA, CARY**<br>**8221 TWIN SPRINGS CT**<br>**BRENTWOOD, TN 37027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/22/2016 | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,009.76** |
| --- | --- | --- | --- |
| | **MCNAMARA, KEVIN M.**<br>**9250 CARRISBROOK LANE**<br>**BRENTWOOD, TN 37027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  3/22/2016 | Basis for the claim:  **Money loaned** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,474.49** |
| --- | --- | --- | --- |
| | **METLIFE**<br>**PO BOX 804466**<br>**KANSAS CITY, MO 64180-4466** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  1/1/2017 | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$96,430.75** |
|---|---|---|---|

**MULLINS, KEITH**
**55 GOLF DR**
**PO BOX 572**
**NORFOLK, CT 06058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22/2016

Basis for the claim:  **Money loaned**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,450.88** |
|---|---|---|---|

**NCN ANGEL FUND I LP**
**40 BURTON HILLS**
**SUITE 320**
**NASHVILLE, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22/2016

Basis for the claim:  **Money loaned**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,229.50** |
|---|---|---|---|

**RADIUS GGE INC**
**31 ST JAMES AVE**
**BOSTON, MA 02116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/20/2017

Basis for the claim:  **Accounting Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,379.88** |
|---|---|---|---|

**RAUNER, BRUCE R.**
**191 NORTH WACKER DR**
**SUITE 1500**
**CHICAGO, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22/2016

Basis for the claim:  **Money loaned**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$77,812.80** |
|---|---|---|---|

**TENNESSEE ANGEL FUND LP**
**3810 BEDFORD AVE, #110**
**NASHVILLE, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22/2016

Basis for the claim:  **Money loaned**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,150.94** |
|---|---|---|---|

**THE FRAYNE GOAD JOHNSON 1998 TRUST**
**1998 CHILDREN'S TRUST**
**917 STUART LANE**
**BRENTWOOD, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/25/2016

Basis for the claim:  **Money loaned**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22,150.94** |
|---|---|---|---|

**THE FRAYNE GOAD JOHNSON**
**GENERATION TRUST**
**GENERATION SKIPPING TRUST**
**917 STUART LANE**
**BRNTWOOD, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/22/2016

Basis for the claim:  **Money loaned**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 3:17-bk-07878  Doc 1  Filed 11/17/17  Entered 11/17/17 16:40:22  Desc Main
Document  Page 18 of 38

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,856.22 |
|---|---|---|---|

**THE LOWENBAUM 1992 TRUST**
**1000 WESTBANK DR**
**AUSTIN, TX 78746**

Date(s) debt was incurred **3/22/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,856.22 |
|---|---|---|---|

**THE WATERPROOF PARTNERSHIP LTD**
**1000 WESTBANK DR**
**SUITE 2A**
**AUSTIN, TX 78746**

Date(s) debt was incurred **3/22/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $209,333.51 |
|---|---|---|---|

**TYSON, JOHN H.**
**220 DON TYSON PKWY**
**SPRINGDALE, AR 72762**

Date(s) debt was incurred **3/22/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,777.50 |
|---|---|---|---|

**VACO**
**5410 MARYLAND WAY**
**BRENTWOOD, TN 37027**

Date(s) debt was incurred **2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,117,362.66 |
|---|---|---|---|

**VANTAGE POINT VENTURE PARTNERS**
**2006 (Q)**
**1001 BAYHILL DR**
**SUITE 300**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred **12/30/2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,682.00 |
|---|---|---|---|

**VANTAGEPOINT MANAGEMENT INC**
**1001 BAYHILL DR, STE 300**
**SAN BRUNO, CA 94066**

Date(s) debt was incurred **2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,533.78 |
|---|---|---|---|

**WHETSTONE CAPITAL LP**
**2626 COLE AVE**
**SUITE 240**
**DALLAS, TX 75204**

Date(s) debt was incurred **3/22/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Money loaned**

Is the claim subject to offset? ■ No ☐ Yes

Case 3:17-bk-07878   Doc 1   Filed 11/17/17   Entered 11/17/17 16:40:22   Desc Main
Document     Page 19 of 38

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,154.17 |
|---|---|---|---|

**WHITSON, CLAY**
**3901 HOBBS RD**
**NASHVILLE, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2016**

Basis for the claim: **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403,509.57 |
|---|---|---|---|

**WILDS, DAVID**
**FIRST AVENUE EQUITIES LLC**
**30 BURTON HILLS BLVD**
**NASHVILLE, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/28/2015**

Basis for the claim: **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,719.33 |
|---|---|---|---|

**WILLIAMSON, WILLIAM A III**
**2626 COLE AVE**
**SUITE 240**
**DALLAS, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/22/2016**

Basis for the claim: **Money loaned**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 11,817.54 |
| **5b. Total claims from Part 2** | 5b. + | $ | 10,202,166.54 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,213,984.08 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*                    *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:17-bk-07878   Doc 1   Filed 11/17/17   Entered 11/17/17 16:40:22   Desc Main
Document      Page 21 of 38

**Fill in this information to identify the case:**

Debtor name    **Legacy Interactive, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$9,797,932.00** |
| **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$18,050,656.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **WALLER LANSDEN DORTCH & DAVIS LLP<br>511 UNION ST<br>STE 2700<br>NASHVILLE, TN 37219** | | **7/14/2017** | **$7,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

- ■ No. Go to Part 9.
- ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☐ No. Go to Part 10.
- ■ Yes. Does the debtor serve as plan administrator?

    - ☐ No Go to Part 10.
    - ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **edo Interactive, Inc. 401(k) P/S Plan** | EIN:  **26-0204122** |

Has the plan been terminated?
- ☐ No
- ■ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **SVB-UK ALPHABETA 14-18 FINSBURY SQUARE LONDON EC2A-1BR, UK** | **XXXX-4066** | ■ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **5/23/2017** | **$6,480.19** |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Case 3:17-bk-07878   Doc 1   Filed 11/17/17   Entered 11/17/17 16:40:22   Desc Main
Document      Page 26 of 38

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1. **edo Europe, Ltd.**<br>**FLOOR 11**<br>**WHITEFRIARS**<br>**LEWINS MEAD**<br>**BRISTOL BS1-2NT** | **Subsidiary for support of London operations** | EIN:    **N/A - U.K. Entity**<br><br>From-To   **9/2014 - 12/31/2016** |

**26. Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ■ None

| Name and address | Date of service<br>From-To |
|---|---|
|  |  |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
   within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **LBMC**<br>**201 FRANKLIN ROAD**<br>**BRENTWOOD, TN 37027** | **12/2016** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **RODEFER MOSS & CO PLLC**<br>**3011 ARMORY DR**<br>**NASHVILLE, TN 37204** | **6/2016** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1. **HARDIMAN, GERARD**<br>**EDO BY AUGEO**<br>**3841 GREEN HILLS VILLAGE DR, STE 425**<br>**NASHVILLE, TN 37215** |  |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
   statement within 2 years before filing this case.

   ☐ None

| Name and address |
|---|
| 26d.1. **AUGEO MARKETING**<br>**2561 W TERRITORIAL RD**<br>**SAINT PAUL, MN 55114** |

**27. Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

Case 3:17-bk-07878   Doc 1   Filed 11/17/17   Entered 11/17/17 16:40:22   Desc Main
                      Document        Page 28 of 38

�■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **BRASWELL, EDWARD** | | **Director** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **BRASWELL, EDWARD** | **208 DEER PARK DR NASHVILLE, TN 37205** | **President, Secretary and CEO** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **ROCCHIO, BENEDICT** | **BAIRD CAPITAL 227 WEST MONROE ST SUITE 1900 CHICAGO, IL 60606** | **Director** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **KEVER, JIM** | **76 ST MELLION NASHVILLE, TN 37215** | **Director** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **WILDS, DAVID** | **FIRST AVENUE EQUITIES LLC 30 BURTON HILLS BLVD NASHVILLE, TN 37215** | **Director** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **KING, MATTHEW** | **FCA VENTURE PARTNERS 5314 MARYLAND WAY BRENTWOOD, TN 37027** | **Director** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **BEVILACQUA, TOM** | **VANTAGEPOINT CAPITAL PARTNERS 1001 BAYHILL DR #300 SAN BRUNO, CA 94066** | **Director** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| BADRAN, SOUHEIL | 7919 N LAKE DR<br>FOX POINT, WI 53217 | Director | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|--------------------------------------------------|
| MCNAMARA, CARY | 8221 TWIN SPRINGS CT<br>BRENTWOOD, TN 37027 | Secretary and CFO | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**Part 14:** Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___November 17, 2017___

**/s/ Edward Braswell** _____     **Edward Braswell** _____
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor     **President, Secretary & CEO**

Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Legacy Interactive, Inc.**                    Case No. _____
                                Debtor(s)        Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $        **7,000.00** |
| Prior to the filing of this statement I have received | $        **7,000.00** |
| Balance Due | $        **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Services normally and reasonably associated with this type of engagement which the Firm is requested and is able to provide and which are consistent with its ethical obligations.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of Debtor or anyone else in connection with chapter 5 actions that may be initiated in any bankruptcy case; any advice or other legal services relating to federal or state tax or securities laws.**

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 17, 2017**                        **/s/ JOHN C. TISHLER**
*Date*                                **JOHN C. TISHLER**
                                   *Signature of Attorney*
                                   **Waller Lansden Dortch & Davis, LLP**
                                   **511 Union Street, Suite 2700**
                                   **Nashville, TN 37219**
                                   **615-244-6380  Fax: 615-244-6804**
                                   *Name of law firm*

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Legacy Interactive, Inc.** _____    Case No. _____

                                                   Debtor(s)    Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President, Secretary & CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 17, 2017** _____         **/s/ Edward Braswell** _____

                                                          **Edward Braswell/President, Secretary & CEO**
                                                          Signer/Title

LEGACY INTERACTIVE, INC.
384 GREEN HILLS VILLAGE DRIVE
SUITE 425
NASHVILLE TN 37215

JOHN C. TISHLER
WALLER LANSDEN DORTCH & DAVIS, LLP
511 UNION STREET, SUITE 2700
NASHVILLE, TN 37219

ALLISON, ROBERT G.
5 JENNER
SUITE 100
IRVINE CA 92618

AMES, JOHN R., PCC CTA
DALLAS COUNTY TAX OFFICE
1201 ELM STREET, STE 2600
DALLAS TX 75270

AYLWARD, JAMES P.
101 WESTPARK DR
SUITE 100
BRENTWOOD TN 37027

BADRAN, SOUHEIL
7919 N LAKE DR
FOX POINT WI 53217

BAID VENTURE III LIMITED PARTNERSHIP
227 W MONROE ST
STE 1900

BP PHOENIX LLC
C/O MISSION PEAK CAPITOL
1908 MAIN ST
KANSAS CITY MO 64108

BRADEN R KELLEY 12/16/12 IRREVOCABLE TRT
IRREVOCABLE GRANTOR DYNASTY TRUST
923 LUNDY LANE
LOS ALTOS CA 94024

BRASWELL, EDWARD
208 DEER PARK DR
NASHVILLE TN 37205

BURNSTEIN, MATTHEW
945 TRAVELERS CT
NASHVILLE TN 37220

BUZZACOTT
130 WOOD ST
LONDON EC2V 6DL

BVP III AFFILIATES FUND LIMITED PTNERSHP
227 W MONROE ST
SUITE 1900
CHICAGO IL 60606

BVP III SPECIAL AFFILIATES LTD PTNERSHP
227 W MONROE ST
SUITE 1900
CHICAGO IL 60606

CONCUR TECHNOLOGIES
601 108TH AVE NE, STE 1000
BELEEVUE WA 98004

CORRELATION VENTURES LP
9393 TOWNE CENTRE DR
SAN DIEGO CA 92121

CT CORPORATION
208 S LASALLE ST #814
CHICAGO IL 60604

DAILY, GREG
5353 HILLSBORO PIKE
NASHVILLE TN 37215

DEANA GOAD DYNASTY TRUST
917 STUART LANE
BRENTWOOD TN 37027

EARTHMAN, WILLIAM F. III
4409 SHEPPARD PL
NASHVILLE TN 37205

FCA VENTURE MANAGEMENT LLC
5314 MARYLAND WAY
SUITE 100
BRENTWOOD TN 37027

FCA VENTURE PARTNERS IV LP
5314 MARYLAND WAY
SUITE 100
BRENTWOOD TN 37027

FRED GOAD
5123 VIRGINIA WAY
BRENTWOOD TN 37027

GCA SAVVIAN ADVISORS LLC
ONE MARITIME PLAZA
SAN FRANCISCO CA 94111

```
HMRC - LONDON/ HMRC CUMBERNAULD
IBAN: GB62BARC20114770297690
BIC: BARCGB22   HM REVENUE AND CUSTOMS
BX9-1AS

HUNNICUTT, JOHN
8048 POPLARWOOD RD
NASHVILLE TN 37221

IRS MDP 146
801 BROADWAY
NASHVILLE TN 37203

JOHNSTON, ANTHONY S.
404 JACKSON BLVD
NASHVILLE TN 37205

KELLY, BRADEN R.
923 LUNDY LANE
LOS ALTOS CA 94024

KEVER INVESTMENT PARTNERSHIP
700 12TH AVE SOUTH #813
NASHVILLE TN 37023

KEVER, JIM
76 ST MELLION
NASHVILLE TN 37215

MCDERMOTT WILL & EMERY
500 NORTH CAPITAL ST NW
WASHINGTON DC 20001-1531

MCGINTY, STEVEN & LISA
1061 LYNWOOD BLVD
NASHVILLE TN 37215

MCNAMARA, CARY
8221 TWIN SPRINGS CT
BRENTWOOD TN 37027

MCNAMARA, KEVIN M.
9250 CARRISBROOK LANE
BRENTWOOD TN 37027

METLIFE
PO BOX 804466
KANSAS CITY MO 64180-4466

METROPOLITAN COUNTY TRUSTEE
700 2ND AVE S #200
NASHVILLE TN 37210
```

MULLINS, KEITH
55 GOLF DR
PO BOX 572
NORFOLK CT 06058

NCN ANGEL FUND I LP
40 BURTON HILLS
SUITE 320
NASHVILLE TN 37215

OFFICE OF US TRUSTEE, REGION 8
701 BROADWAY, STE 318
NASHVILLE TN 37203

RADIUS GGE INC
31 ST JAMES AVE
BOSTON MA 02116

RAUNER, BRUCE R.
191 NORTH WACKER DR
SUITE 1500
CHICAGO IL 60606

TENNESSEE ANGEL FUND LP
3810 BEDFORD AVE, #110
NASHVILLE TN 37215

THE FRAYNE GOAD JOHNSON 1998 TRUST
1998 CHILDREN'S TRUST
917 STUART LANE
BRENTWOOD TN 37027

THE FRAYNE GOAD JOHNSON GENERATION TRUST
GENERATION SKIPPING TRUST
917 STUART LANE
BRNTWOOD TN 37027

THE LOWENBAUM 1992 TRUST
1000 WESTBANK DR
AUSTIN TX 78746

THE WATERPROOF PARTNERSHIP LTD
1000 WESTBANK DR
SUITE 2A
AUSTIN TX 78746

TN ATTY GENERAL'S OFFICE BANKR DIV
ATTN: TN DEPT OF REVENUE
PO BOX 20207
NASHVILLE TN 37202-0207

TYSON, JOHN H.
220 DON TYSON PKWY
SPRINGDALE AR 72762

VACO
5410 MARYLAND WAY
BRENTWOOD TN 37027

VANTAGE POINT VENTURE PARTNERS 2006 (Q)
1001 BAYHILL DR
SUITE 300
SAN BRUNO CA 94066

VANTAGEPOINT MANAGEMENT INC
1001 BAYHILL DR, STE 300
SAN BRUNO CA 94066

WHETSTONE CAPITAL LP
2626 COLE AVE
SUITE 240
DALLAS TX 75204

WHITSON, CLAY
3901 HOBBS RD
NASHVILLE TN 37215

WILDS, DAVID
FIRST AVENUE EQUITIES LLC
30 BURTON HILLS BLVD
NASHVILLE TN 37215

WILLIAMSON COUNTY TRUSTEE
1320 W MAIN ST
STE 203
FRANKLIN TN 37064

WILLIAMSON, WILLIAM A III
2626 COLE AVE
SUITE 240
DALLAS TX 75204

# United States Bankruptcy Court
## Middle District of Tennessee

In re   **Legacy Interactive, Inc.**                                Case No.

                                               Debtor(s)                    Chapter       **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Legacy Interactive, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

November 17, 2017
_____
Date

/s/ JOHN C. TISHLER
_____
**JOHN C. TISHLER**
Signature of Attorney or Litigant
Counsel for   **Legacy Interactive, Inc.**
**Waller Lansden Dortch & Davis, LLP**
**511 Union Street, Suite 2700**
**Nashville, TN 37219**
**615-244-6380 Fax:615-244-6804**