# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

In re: LEGACY INTERACTIVE, INC.  §  Case No. 3:17-07878-CMW
§
§
Debtor(s)  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 17, 2017.  The undersigned trustee was appointed on November 17, 2017.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of $           883,298.48

|  |  |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 393,792.77 |
| Administrative expenses | 56,464.83 |
| Bank service fees | 17,350.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 10,225.29 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]  $           405,464.71

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 03/05/2018 and the deadline for filing governmental claims was  / /  .  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $46,903.66.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $24,500.00 as interim compensation and now requests the sum of $22,403.66, for a total compensation of $46,903.66.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $205.63, for total expenses of $205.63.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/22/2022              By:/s/SUSAN R. LIMOR, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 3:17-07878-CMW | **Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE |
| **Case Name:** LEGACY INTERACTIVE, INC. | **Filed (f) or Converted (c):** 11/17/17 (f) |
| | **§341(a) Meeting Date:** 12/18/17 |
| **Period Ending:** 02/22/22 | **Claims Bar Date:** 03/05/18 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account Account at First Bank, Lexingto Account ending in 4978. 12/04/17 - Rcvd check in the amount of $23,467.16. Asset fully administered. | 28,126.00 | 23,467.16 | | 23,467.16 | FA |
| 2 | 128,781 shares of common stock of Augeo Affinity Correct amount of shares = 128,601 (per Stock Certificate No. 441). Discrepancy between this and scheduled amount represents clerical error found on Schedule B.  07/24/18 - Status Update for Annual Reports for Period Ended June 30, 2018: Trustee is in the process of attempting to value the asset and solicit sale of such asset. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."  01/02/19 - Trustee sold 45,713 of 128,601 shares back to Augeo Affinity Marketing, Inc. @ $8.40/share. See Statement of Sale filed 01.15.19 (Doc 35). Trustee still retains 82,888 shares, which she will attempt to market and sell to an unrelated third party.  07/17/19 - Status Update for Annual Reports for Period Ended June 30, 2019: Trustee is in the process of attempting to solicit sale of remaining shares. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."  TRUSTEE TO SELL REMAINING INTEREST AS PACKAGE DEAL WITH THE REMNANT ASSETS (See Asset No. 7). PLEASE REFER TO ASSET NO. 7 FOR FURTHER DETAILS. | 1,500,000.00 | 383,985.11 | | 383,985.11 | FA |
| 3 | Escrowed cash paid by Augeo Affinity Marketing, On January 9, 2017, Legacy Interactive, Inc. fka edo Interactive, Inc. entered into an Escrow Agreement | 92,155.05 | 92,473.04 | | 92,473.04 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 3:17-07878-CMW | **Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE |
| **Case Name:** LEGACY INTERACTIVE, INC. | **Filed (f) or Converted (c):** 11/17/17 (f) |
| | **§341(a) Meeting Date:** 12/18/17 |
| **Period Ending:** 02/22/22 | **Claims Bar Date:** 03/05/18 |

| 1<br><br>**Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>Ref. # | 2<br><br>**Petition/**<br>**Unscheduled**<br>**Values** | 3<br><br>**Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | 4<br><br>**Property**<br>**Abandoned**<br>**OA=§554(a)** | 5<br><br>**Sale/Funds**<br>**Received by**<br>**the Estate** | 6<br><br>**Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
|---|---|---|---|---|---|
| after it sold substantially of its assets to Augeo CLO, Inc. The Escrow Agreement named U.S. Bank National Association as the escrow agent ("Escrow Agent"). Pursuant to the Escrow Agreement, the Purchaser transferred $325,000.00 into an account designated by the Escrow Agent.<br><br>01/05/18 - Per escrow agreement, the escrow period is to terminate on January 8, 2018. Letter sent to the Escrow Agent requesting turnover of funds in account.<br><br>01/22/18 - Rcvd check in the amount of $92,473.04. Trustee investigating whether all claims against the escrowed funds were valid.<br><br>07/24/18 - Status Update for Annual Reports for Period Ended June 30, 2018: Trustee investigating whether all claims against the escrowed funds were valid. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>07/17/19 - Status Update for Annual Reports for Period Ended June 30, 2019: Trustee continues to investigate whether all claims against the escrowed funds were valid. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>08/27/19 - Dean Armstrong, Attorney for Trustee, reviewed case and determined the claims against the escrowed funds were valid. Asset deemed abandoned. | | | | | |
| 4    Escrowed 42,867 shares of stock of Augeo Affinit<br>     07/24/18 - Status Update for Annual Reports for<br>     Period Ended June 30, 2018: Trustee is in the | 500,000.00 | 360,082.80 | | 360,082.80 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| Case Number: | 3:17-07878-CMW | |
| Case Name: | LEGACY INTERACTIVE, INC. | |
| Period Ending: 02/22/22 | | |

| | | |
|---|---|---|
| Trustee: | (620530) | SUSAN R. LIMOR, TRUSTEE |
| Filed (f) or Converted (c): | 11/17/17 (f) | |
| §341(a) Meeting Date: | 12/18/17 | |
| Claims Bar Date: | 03/05/18 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | process of attempting to value the asset and solicit sale of such asset. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>01/02/19 - Trustee sold shares back to Augeo Affinity Marketing, Inc. @ $8.40/share. See Statement of Sale filed 01.15.19 (Doc 35). Asset fully administered. | | | | | |
| 5 | Interest Adjustment re Account Ending 3217 (u)<br>Received a check from Fifth Third Bank made payable to Edo Interactive, Inc. The check is for $30.87 and represents an interest adjustment on an account ending in 3217. Asset fully administered. | 0.00 | 30.87 | | 30.87 | FA |
| 6 | Possible Preferential and/or Fraudulent Transfer (u)<br>Trustee is in the process of requesting, receiving and reviewing bank records to determine if the Debtor made payments/transfers prior to filing this bankruptcy that the Trustee can avoid as either preferential and/or fraudulent transfers and recover on behalf of the bankruptcy estate.<br><br>07/24/18 - Status Update for Annual Reports for Period Ended June 30, 2018: Trustee is in the process of receiving the bank statements. Upon receipt, Trustee to perform an extensive review of the Debtor's bank records and compile a spreadsheet of possible preferential and/or fraudulent transfers. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>07/17/19 - Status Update for Annual Reports for Period Ended June 30, 2019: Trustee has received, reviewed and analyzed bank statements for possible preferential and/or fraudulent transfers. Outside litigation attorney is in the process of reviewing Trustee's findings to determine if possible causes of | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 3:17-07878-CMW | **Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE |
| **Case Name:** LEGACY INTERACTIVE, INC. | **Filed (f) or Converted (c):** 11/17/17 (f) |
| | **§341(a) Meeting Date:** 12/18/17 |
| **Period Ending:** 02/22/22 | **Claims Bar Date:** 03/05/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | action. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>08/27/19 - Dean Armstrong, Attorney for Trustee, reviewed case and determined no viable causes of actions for the estate. Asset deemed abandoned. | | | | | |
| 7 | Refunds/Remnant Assets (u)<br>08/21/19 - Rcvd refund check from Shred-It USA LLC in the amount of $34.21.<br><br>REMNANT ASSETS:<br>Oak Point Partners offered to purchase the remaining stock relating to Asset No. 2 and remnant assets. Remnant assets might include unscheduled refunds, overpayments, deposits, judgments, claims, or other payment rights that would accrue in the future.<br><br>06/24/20 - Parties agree that Trustee will sell remaining stock relating to Asset No. 2 and remnant assets to Oak Point Partners for $11k. Such sale is subject to the upset bidder procedure and approval by the bankruptcy court. See Motion filed 06.24.20 (DE 60).<br><br>07/13/20 - An upset bidder filed an objection offering to purchase for $13k. See Docket Entry 62.<br><br>07/17/20 - Status Update for Annual Reports for Period Ended June 30, 2020: Oak Point Partners has declined to participate in an auction. Trustee to sell the assets to the upset bidder for $13k.<br><br>Trustee sold asset to JM Partners, LLC for $13k per Agreed Order Resolving Objection/Upset Bid and Authorizing Sale of Property of the Estate entered July 30, 2020 (Docket Entry 65). See Trustee's Statement of Sale filed 10.13.20 (Docket Entry 67) for | 0.00 | 13,034.21 | | 23,259.50 | FA |

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

**Case Number:** 3:17-07878-CMW

**Case Name:** LEGACY INTERACTIVE, INC.

**Period Ending:** 02/22/22

**Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE

**Filed (f) or Converted (c):** 11/17/17 (f)

**§341(a) Meeting Date:** 12/18/17

**Claims Bar Date:** 03/05/18

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | further details. Asset fully administered. | | | | | |
| | 01/10/22 - Rcvd refund from TN DOR in the amount of $10,225.29. Funds represent a remnant asset to be returned to JM Partners, LLC at the end of the case. | | | | | |
| 7 | **Assets Totals** (Excluding unknown values) | **$2,120,281.05** | **$873,073.19** | | **$883,298.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/04/17 - Notice of Assets filed. Claims bar date is 03.05.18. See Docket Entry 9.

04/05/18 - Trustee determined that there are sufficient funds to pay all allowed claims in full with surplus funds to distribute to creditors that have not filed claims. Order and Notice to File Claims Against Surplus Funds submitted with the Court. Deadline to file claim is 05.02.18. See Order and Notice of Surplus Funds entered 04.06.18 (Doc 20).

07/24/18 - Status Update for Annual Reports for Period Ended June 30, 2018:
1. Finalize request and review of bank statements.
2. Investigate possible preferential and/or fraudulent transfers made by the Debtor; attempt to avoid and recover on behalf of bankruptcy estate.
3. Attempt to sell shares of stock.

07/17/19 - Status Update for Annual Reports for Period Ended June 30, 2019:
1. Finalize investigation of possible preferential and/or fraudulent transfers made by the Debtor; attempt to avoid and recover on behalf of bankruptcy estate.
2. Attempt to sell remaining shares of stock.
3. Accountant prepare and file estate tax returns.
4. Application for compensation for professionals.
5. CLOSE CASE.

07/17/19 - Motion to Award Interim Trustee Compensation and Allow Interim Distribution filed (Doc 45). Order approving entered 08.14.19 (DE 52).

07/17/20 - Status Update for Annual Reports for Period Ended June 30, 2020:
1. Attempt to sell remaining shares of stock & remnant assets. Motion filed 06.24.20. Upset Bidder Objection filed 07.13.20.
2. Accountant prepare and file estate tax returns.
3. Application for compensation for professionals.
4. CLOSE CASE.

07/19/21 - Status Update for Annual Reports for Period Ended June 30, 2021:

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

| | |
|---|---|
| **Case Number:** 3:17-07878-CMW | **Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE |
| **Case Name:** LEGACY INTERACTIVE, INC. | **Filed (f) or Converted (c):** 11/17/17 (f) |
| | **§341(a) Meeting Date:** 12/18/17 |
| **Period Ending:** 02/22/22 | **Claims Bar Date:** 03/05/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** **(Scheduled And Unscheduled (u) Property)** Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

1. Accountant prepare and file estate tax returns.  (substitute accountant employed 04.29.21)

2. Application for compensation for professionals.

3. CLOSE CASE.

**Initial Projected Date Of Final Report (TFR):**     June 30, 2019        **Current Projected Date Of Final Report (TFR):**     February 22, 2022  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 3:17-07878-CMW | |
| **Case Name:** | LEGACY INTERACTIVE, INC. | |
| **Taxpayer ID #:** | **-***4122 | |
| **Period Ending:** | 02/22/22 | |

| | |
|---|---|
| **Trustee:** | SUSAN R. LIMOR, TRUSTEE (620530) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******2566 - Checking Account |
| **Blanket Bond:** | $720,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/04/17 | {1} | edo Interactive | Balance in Checking Account | 1129-000 | 23,467.16 | | 23,467.16 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.12 | 23,439.04 |
| 01/22/18 | {3} | US Bank National Association | Balance in Escrow Account | 1129-000 | 92,473.04 | | 115,912.08 |
| 01/26/18 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2018 FOR CASE #317-07878, Chapter 7 Blanket Bond for 01/01/18 to 01/01/19; Bond #016026373 | 2300-000 | | 10.58 | 115,901.50 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.98 | 115,824.52 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.49 | 115,669.03 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.37 | 115,502.66 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.59 | 115,342.07 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.50 | 115,159.57 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.11 | 114,999.46 |
| 07/12/18 | {5} | Fifth Third Bank | Interest Adjustment re Account Ending 3217 | 1229-000 | 30.87 | | 115,030.33 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.45 | 114,853.88 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.70 | 114,683.18 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.97 | 114,595.21 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.60 | 114,491.61 |
| 11/13/18 | 102 | Fifth Third Bank Legal Entry | Subpoena Research Billing Invoice re Invoice Dated 11.07.18 (5/3 ID: 20181105000007) | 2990-000 | | 57.39 | 114,434.22 |
| 01/02/19 | | Land Title, Inc. | Sale of Stock per Order Authorizing Sale of Property of the Estate entered 12.20.18 (Doc 33); and Statement of Sale dated 01.15.19 (Doc 35). | | 744,067.91 | | 858,502.13 |
| | {4} | | | 1129-000 | 360,082.80 | | 858,502.13 |
| | {2} | | | 1129-000 | 383,985.11 | | 858,502.13 |
| 01/15/19 | 103 | Clerk, U.S. Bankruptcy Court | Court Fee for Motion to Sell filed 12/12/18 (Docket Entry 27). | 2700-000 | | 181.00 | 858,321.13 |
| 02/12/19 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2019 FOR CASE #317-07878, Chapter 7 Blanket Bond for 01/01/19 to 01/01/20; Bond 016026373 | 2300-000 | | 121.55 | 858,199.58 |
| 06/04/19 | 105 | U.S. Bank N.A. | Subpoena Research Billing Invoice re Invoice Dated 05.21.19 (Invoice No. S2018-15237) | 2990-000 | | 28.40 | 858,171.18 |
| 08/21/19 | {7} | Shred-It USA LLC | Refund of Account | 1229-000 | 34.21 | | 858,205.39 |
| 08/29/19 | 106 | Limor & Johnson, Attorneys at Law | Attorney Fees and Expenses per Order Awarding Compensation to Attorneys for Trustee entered 08.14.19 (Doc 51) | | | 6,707.23 | 851,498.16 |

| | Subtotals : | $860,073.19 | $8,575.03 |
|---|---|---|---|

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 3:17-07878-CMW

**Case Name:** LEGACY INTERACTIVE, INC.

**Taxpayer ID #:** **-***4122

**Period Ending:** 02/22/22

**Trustee:** SUSAN R. LIMOR, TRUSTEE (620530)

**Bank Name:** Mechanics Bank

**Account:** ******2566 - Checking Account

**Blanket Bond:** $720,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Attorney Fees                     6,457.00 | 3110-000 | | | 851,498.16 |
| | | | Attorney Expenses                  250.23 | 3120-000 | | | 851,498.16 |
| 08/29/19 | 107 | SUSAN R. LIMOR, TRUSTEE | Interim Trustee Compensation per Trustee's Motion to Award Interim Trustee Compensation   filed 07/17/19 (Doc 45); and Order Awarding Trustee Compensation   entered 08/14/19 (Doc 52). | 2100-000 | | 24,500.00 | 826,998.16 |
| 08/29/19 | 108 | Dallas County | Dividend paid 100.00% on $136.35; Claim# 02 - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 5800-000 | | 136.35 | 826,861.81 |
| 08/29/19 | 109 | Metropolitan Government of Nashville & Davidson County Tenne | Dividend paid 100.00% on $2,889.39; Claim# 03 - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 5800-000 | | 2,889.39 | 823,972.42 |
| 08/29/19 | 110 | Tennessee Department of Revenue | Dividend paid 100.00% on $4,924.98; Claim# 10P - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 5800-000 | | 4,924.98 | 819,047.44 |
| 08/29/19 | 111 | Department of the Treasury - Internal Revenue Service | Dividend paid 100.00% on $100.00; Claim# 01 -2 - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7100-000 | | 100.00 | 818,947.44 |
| 08/29/19 | 112 | VACO NASHVILLE | Dividend paid 100.00% on $51,777.50; Claim# 05 - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7100-000 | | 51,777.50 | 767,169.94 |
| 08/29/19 | 113 | GCA ADVISORS LLC | Dividend paid 100.00% on $16,812.00; Claim# 06 - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7100-000 | | 16,812.00 | 750,357.94 |
| 08/29/19 | 114 | CT CORPORATION | Dividend paid 9.89% on $6,473.76; Claim# 07 - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 | 7200-000 | | 640.47 | 749,717.47 |

Subtotals :                    $0.00        $101,780.69

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 3:17-07878-CMW  
**Case Name:** LEGACY INTERACTIVE, INC.

**Taxpayer ID #:** **-***4122  
**Period Ending:** 02/22/22

**Trustee:** SUSAN R. LIMOR, TRUSTEE (620530)  
**Bank Name:** Mechanics Bank  
**Account:** ******2566 - Checking Account  
**Blanket Bond:** $720,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | | | | |
| 08/29/19 | 115 | L. Keith Mullins | Dividend paid 9.89% on $89,518.00; Claim# 08U - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 8,856.28 | 740,861.19 |
| 08/29/19 | 116 | Tennessee Department of Revenue | Dividend paid 9.89% on $1,175.63; Claim# 10U - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 116.31 | 740,744.88 |
| 08/29/19 | 117 | RADIUS GGE USA INC | Dividend paid 9.89% on $32,229.50; Claim# 11 - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 3,188.56 | 737,556.32 |
| 08/29/19 | 118 | VANTAGE POINT VENTURE PARTNERS 2006 (Q), L.P. | Dividend paid 9.89% on $1,954,114.00; Claim# 12 -2 - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 193,326.34 | 544,229.98 |
| 08/29/19 | 119 | JIM D. KEVER | Dividend paid 9.89% on $673,814.00; Claim# 14U - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 66,662.44 | 477,567.54 |
| 08/29/19 | 120 | FRED C. GOAD | Dividend paid 9.89% on $445,048.00; Claim# 15U - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 44,029.93 | 433,537.61 |
| 08/29/19 | 121 | JAMES P. AYLWARD | Dividend paid 9.89% on $3,358.00; Claim# 16U - Interim Distribution per Trustee's Motion to   Allow Interim Distribution filed 07/17/19 (Doc 45); and Order   Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 332.22 | 433,205.39 |
| 02/10/20 | 122 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond from 01.01.20 to 01.01.21; Bond #016026373. | 2300-000 | | 586.82 | 432,618.57 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 345.73 | 432,272.84 |

Subtotals :  $0.00  $317,444.63

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 3:17-07878-CMW

**Case Name:** LEGACY INTERACTIVE, INC.

**Taxpayer ID #:** **-***4122

**Period Ending:** 02/22/22

**Trustee:** SUSAN R. LIMOR, TRUSTEE (620530)

**Bank Name:** Mechanics Bank

**Account:** ******2566 - Checking Account

**Blanket Bond:** $720,000.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 690.92 | 431,581.92 |
| 05/29/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 666.82 | 430,915.10 |
| 06/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 734.67 | 430,180.43 |
| 07/28/20 | {7} | JM Partners LLC | Sale Proceeds | 1229-000 | 13,000.00 | | 443,180.43 |
| 07/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 711.19 | 442,469.24 |
| 08/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 683.64 | 441,785.60 |
| 09/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 753.27 | 441,032.33 |
| 10/13/20 | 123 | Clerk, U.S. Bankruptcy Court | Court Fee for Motion to Sell filed 06/24/20<br>(Docket Entry 60). | 2700-000 | | 181.00 | 440,851.33 |
| 10/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 704.92 | 440,146.41 |
| 11/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 680.11 | 439,466.30 |
| 12/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 772.73 | 438,693.57 |
| 01/26/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 438,693.57 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 873,073.19 | 873,073.19 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 438,693.57 | |
| | | | **Subtotal** | | **873,073.19** | **434,379.62** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$873,073.19** | **$434,379.62** | |

{} Asset reference(s)

Printed: 02/22/2022 12:29 PM    V.20.40

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 3:17-07878-CMW | | Trustee: | SUSAN R. LIMOR, TRUSTEE (620530) |
| Case Name: | LEGACY INTERACTIVE, INC. | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******6967 - Checking Account |
| Taxpayer ID #: | **-***4122 | | Blanket Bond: | $720,000.00 (per case limit) |
| Period Ending: | 02/22/22 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/26/21 | | Transition Transfer Credit | Transition Transfer Credit | | 9999-000 | 438,693.57 | | 438,693.57 |
| 01/28/21 | 10124 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond for 01.01.21 to 01.01.22; Bond #016026373 | | 2300-000 | | 367.84 | 438,325.73 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 679.60 | 437,646.13 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 654.88 | 436,991.25 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 770.42 | 436,220.83 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 699.14 | 435,521.69 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 651.49 | 434,870.20 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 766.67 | 434,103.53 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 695.75 | 433,407.78 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 740.94 | 432,666.84 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 693.45 | 431,973.39 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 669.26 | 431,304.13 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 737.35 | 430,566.78 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 713.08 | 429,853.70 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 665.97 | 429,187.73 |
| 02/15/22 | 10125 | Lewis, Smith & Associates, P.C. | Accountant Fees and Expenses per Order Awarding Compensation entered 01.31.22 (DE 82). | | | | 6,572.48 | 422,615.25 |
| | | | Accountant Fees. | 2,234.00 | 3410-000 | | | 422,615.25 |
| | | | Accountant Expenses. | 4,338.48 | 3420-000 | | | 422,615.25 |
| 02/15/22 | 10126 | Limor & Johnson, Attorneys at Law | Attorney Fees and Expenses per Order Awarding Compensation entered 01.31.22 (DE 83). | | | | 3,978.73 | 418,636.52 |
| | | | Attorney Fees. | 3,451.00 | 3110-000 | | | 418,636.52 |
| | | | Attorney Expenses. | 527.73 | 3120-000 | | | 418,636.52 |
| 02/16/22 | 10127 | Wesler & Associates CPA PC | Accountant Fees and Expenses per Order Awarding Compensation entered 02.01.22 (DE 84). | | | | 12,850.42 | 405,786.10 |
| | | | Accountant Fees. | 11,822.50 | 3410-000 | | | 405,786.10 |
| | | | Accountant Expenses. | 1,027.92 | 3420-000 | | | 405,786.10 |
| 02/17/22 | 10128 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond from 01.01.22 to 01.01.23; Bond #016026373 | | 2300-000 | | 321.39 | 405,464.71 |

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 3:17-07878-CMW |
| **Case Name:** | LEGACY INTERACTIVE, INC. |
| **Taxpayer ID #:** | **-***4122 |
| **Period Ending:** | 02/22/22 |

| | |
|---|---|
| **Trustee:** | SUSAN R. LIMOR, TRUSTEE (620530) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******6967 - Checking Account |
| **Blanket Bond:** | $720,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 438,693.57 | 33,228.86 | $405,464.71 |
| | | | Less: Bank Transfers | | 438,693.57 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **33,228.86** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$33,228.86** | |

{} Asset reference(s)

Printed: 02/22/2022 12:29 PM    V.20.40

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 3:17-07878-CMW | |
| **Case Name:** | LEGACY INTERACTIVE, INC. | |
| **Taxpayer ID #:** | **-***4122 | |
| **Period Ending:** | 02/22/22 | |

| | |
|---|---|
| **Trustee:** | SUSAN R. LIMOR, TRUSTEE (620530) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******6645 - Remnant Assets |
| **Blanket Bond:** | $720,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/10/22 | {7} | Sate of Tennessee | Franchise and Excise Tax Refund | 1229-000 | 10,225.29 | | 10,225.29 |
| 02/17/22 | 15125 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond from 01.01.22 to 01.01.23; Bond #016026373 Voided on 02/17/22 | 2300-000 | | 321.39 | 9,903.90 |
| 02/17/22 | 15125 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond from 01.01.22 to 01.01.23; Bond #016026373 Voided: check issued on 02/17/22 | 2300-000 | | -321.39 | 10,225.29 |
| 02/18/22 | 15126 | JM Partners LLC | Proceeds from Remnant Asset per Agreed Order...Authorizing Sale of Property of the Estate...entered 07.30.20 (DE 65). | 8500-002 | | 10,225.29 | 0.00 |

| | Receipts | Disbursements | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,225.29 | 10,225.29 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 10,225.29 | 10,225.29 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $10,225.29 | $10,225.29 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2566** | 873,073.19 | 434,379.62 | 0.00 |
| **Checking # ******6967** | 0.00 | 33,228.86 | 405,464.71 |
| **Checking # ******6645** | 10,225.29 | 10,225.29 | 0.00 |
| | $883,298.48 | $477,833.77 | $405,464.71 |

{} Asset reference(s)

Printed: 02/22/2022 12:29 PM    V.20.40

# Claims Proposed Distribution

## Case:  3:17-07878-CMW    LEGACY INTERACTIVE, INC.

**Case Balance:**  $405,464.71    **Total Proposed Payment:**  $405,464.71    **Remaining Balance:**  $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | SUSAN R. LIMOR, TRUSTEE | Admin Ch. 7 | 205.63 | 205.63 | 0.00 | 205.63 | 205.63 | 405,259.08 |
| | <2200-00  Trustee Expenses> | | | | | | | |
| | **Claim Memo:**  (See timeslips for breakdown) | | | | | | | |
| | SUSAN R. LIMOR, TRUSTEE | Admin Ch. 7 | 46,903.66 | 46,903.66 | 24,500.00 | 22,403.66 | 22,403.66 | 382,855.42 |
| | <2100-00  Trustee Compensation> | | | | | | | |
| | **Claim Memo:**  Interim Distribution of $425k (compensable receipts of $425k = $24,500.00). | | | | | | | |
| 01 -2 | Department of the Treasury - Internal Revenue Service | Unsecured | 100.00 | 100.00 | 100.00 | 0.00 | 0.00 | 382,855.42 |
| | **Claim Memo:**  Claim allowed as a general unsecured claim per Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42). | | | | | | | |
| 02 | Dallas County | Priority | 136.35 | 136.35 | 136.35 | 0.00 | 0.00 | 382,855.42 |
| | **Claim Memo:**  Claim reclassified as a priority claim and allowed as a priority claim per 11 U.S.C. Sec. 507(a)(8).  See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42). | | | | | | | |
| 03 | Metropolitan Government of Nashville & Davidson County Tenne | Priority | 2,889.39 | 2,889.39 | 2,889.39 | 0.00 | 0.00 | 382,855.42 |
| | **Claim Memo:**  Claim reclassified as a priority claim and allowed as a priority claim per 11 U.S.C. Sec. 507(a)(8).  See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42). | | | | | | | |
| 04 | BRUCE V RAUNER | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 382,855.42 |
| | **Claim Memo:**  1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.<br>2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.<br>3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.<br>See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).<br><br>(no amount claimed listed on form) | | | | | | | |
| 05 | VACO NASHVILLE | Unsecured | 51,777.50 | 51,777.50 | 51,777.50 | 0.00 | 0.00 | 382,855.42 |
| | **Claim Memo:**  Claim allowed as a general unsecured claim per Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42). | | | | | | | |
| 06 | GCA ADVISORS LLC | Unsecured | 16,812.00 | 16,812.00 | 16,812.00 | 0.00 | 0.00 | 382,855.42 |
| | **Claim Memo:**  Claim allowed as a general unsecured claim per Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42). | | | | | | | |
| 07 | CT CORPORATION | Unsecured | 6,473.76 | 6,473.76 | 640.47 | 5,833.29 | 764.11 | 382,091.31 |
| | **Claim Memo:**  Claim allowed as a tardy general unsecured claim per 11 U.S.C. Sec. 726(a)(3).  See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42). | | | | | | | |
| 08S | L. Keith Mullins | Unsecured | 891,056.00 | 0.00 | 0.00 | 0.00 | 0.00 | 382,091.31 |
| | **Claim Memo:**  Basis for filed claim per Claimant:<br>- $89,518.00 for money loaned ("UNSECURED CLAIM")<br>- $891,056.00 for money invested ("SHAREHOLDER CLAIM") | | | | | | | |

# Claims Proposed Distribution

## Case: 3:17-07878-CMW   LEGACY INTERACTIVE, INC.

**Case Balance:** $405,464.71      **Total Proposed Payment:** $405,464.71      **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|---------------|-------------|--------------|-----------------|----------------|

SHAREHOLDER CLAIM (Claim Number 08S):
1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|---------------|-------------|--------------|-----------------|----------------|
| 08U | L. Keith Mullins | Unsecured | 89,518.00 | 89,518.00 | 8,856.28 | 80,661.72 | 10,566.03 | 371,525.28 |

**Claim Memo:** Basis for filed claim per Claimant:
- $89,518.00 for money loaned ("UNSECURED CLAIM")
- $891,056.00 for money invested ("SHAREHOLDER CLAIM")

UNSECURED CLAIM (Claim Number 08U): Claim allowed as a tardy general unsecured claim per 11 U.S.C. Sec. 726(a)(3).
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|---------------|-------------|--------------|-----------------|----------------|
| 09 | ANTHONY S. JOHNSTON | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 371,525.28 |

**Claim Memo:** 1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

(no amount claimed listed on form)

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|---------------|-------------|--------------|-----------------|----------------|
| 10P | Tennessee Department of Revenue | Priority | 4,924.98 | 4,924.98 | 4,924.98 | 0.00 | 0.00 | 371,525.28 |

**Claim Memo:** Claim allowed as a priority claim per 11 U.S.C. Sec. 507(a)(8). See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|---------------|-------------|--------------|-----------------|----------------|
| 10U | Tennessee Department of Revenue | Unsecured | 1,175.63 | 1,175.63 | 116.31 | 1,059.32 | 138.76 | 371,386.52 |

**Claim Memo:** Claim allowed as a tardy general unsecured claim per 11 U.S.C. Sec. 726(a)(3). See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|---------------|-------------|--------------|-----------------|----------------|
| 11 | RADIUS GGE USA INC | Unsecured | 32,229.50 | 32,229.50 | 3,188.56 | 29,040.94 | 3,804.13 | 367,582.39 |

**Claim Memo:** Claim allowed as a tardy general unsecured claim per 11 U.S.C. Sec. 726(a)(3). See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---------|---------------|------|-------------|---------------|-------------|--------------|-----------------|----------------|
| 12 -2 | VANTAGE POINT VENTURE PARTNERS 2006 (Q), L.P. | Unsecured | 2,370,947.00 | 1,954,114.00 | 193,326.34 | 1,760,787.66 | 230,648.82 | 136,933.57 |

**Claim Memo:** Claim allowed as a tardy general unsecured claim, in the amount of $1,954,114.00, per 11 U.S.C. Sec. 726(a)(3). Balance disallowed. See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

# Claims Proposed Distribution

## Case: 3:17-07878-CMW  LEGACY INTERACTIVE, INC.

| Case Balance: | $405,464.71 | Total Proposed Payment: | $405,464.71 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 13 | THE FRANYE GOAD JOHNSON 1998 CHILDREN'S TRUST | Unsecured | 459,861.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136,933.57 |

**Claim Memo:**   1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 14S | JIM D. KEVER | Unsecured | 5,410,308.00 | 0.00 | 0.00 | 0.00 | 0.00 | 136,933.57 |

**Claim Memo:**   Basis for filed claim per Claimant:
- $673,814.00 for money loaned ("UNSECURED CLAIM")
- $5,410,308.00 for money invested ("SHAREHOLDER CLAIM")

SHAREHOLDER CLAIM (Claim Number 14S):
1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 14U | JIM D. KEVER | Unsecured | 673,814.00 | 673,814.00 | 66,662.44 | 607,151.56 | 79,531.89 | 57,401.68 |

**Claim Memo:**   Basis for filed claim per Claimant:
- $673,814.00 for money loaned ("UNSECURED CLAIM")
- $5,410,308.00 for money invested ("SHAREHOLDER CLAIM")

UNSECURED CLAIM (Claim Number 14U):  Claim allowed as a tardy general unsecured claim per 11 U.S.C. Sec. 726(a)(3).
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 15S | FRED C. GOAD | Unsecured | 1,860,719.00 | 0.00 | 0.00 | 0.00 | 0.00 | 57,401.68 |

**Claim Memo:**   Basis for filed claim per Claimant:
- $445,048.00 for money loaned ("UNSECURED CLAIM")
- $1,860,719.00 for money invested ("SHAREHOLDER CLAIM")

SHAREHOLDER CLAIM (Claim Number 15S):
1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 15U | FRED C. GOAD | Unsecured | 445,048.00 | 445,048.00 | 44,029.93 | 401,018.07 | 52,530.09 | 4,871.59 |

**Claim Memo:**   Basis for filed claim per Claimant:
- $445,048.00 for money loaned ("UNSECURED CLAIM")
- $1,860,719.00 for money invested ("SHAREHOLDER CLAIM")

UNSECURED CLAIM (Claim Number 15U):  Claim allowed as a tardy general unsecured claim per 11 U.S.C. Sec. 726(a)(3).

# Claims Proposed Distribution

## Case: 3:17-07878-CMW  LEGACY INTERACTIVE, INC.

| | Case Balance: | $405,464.71 | Total Proposed Payment: | $405,464.71 | Remaining Balance: | $0.00 | |
|---|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42). | | | | | | | |
| 16S | JAMES P. AYLWARD | Unsecured | 66,543.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,871.59 |

**Claim Memo:** Basis for filed claim per Claimant:
- $3,358.00 for money loaned ("UNSECURED CLAIM")
- $66,543.00 for money invested ("SHAREHOLDER CLAIM")

SHAREHOLDER CLAIM (Claim Number 16S):
1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 16U | JAMES P. AYLWARD | Unsecured | 3,358.00 | 3,358.00 | 332.22 | 3,025.78 | 396.35 | 4,475.24 |

**Claim Memo:** Basis for filed claim per Claimant:
- $3,358.00 for money loaned ("UNSECURED CLAIM")
- $66,543.00 for money invested ("SHAREHOLDER CLAIM")

UNSECURED CLAIM (Claim Number 16U): Claim allowed as a tardy general unsecured claim per 11 U.S.C. Sec. 726(a)(3).
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 17 | FRANYE GOAD JOHNSON 1999 GENERATION SKIPPING TRUST | Unsecured | 459,861.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,475.24 |

**Claim Memo:** 1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 18 | DEANA GOAD DYNASTY TRUST | Unsecured | 1,054,245.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,475.24 |

**Claim Memo:** 1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 19 | First Avenue Partners II LP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,475.24 |

**Claim Memo:** 1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

# Claims Proposed Distribution

## Case: 3:17-07878-CMW   LEGACY INTERACTIVE, INC.

**Case Balance:** $405,464.71 **Total Proposed Payment:** $405,464.71 **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | (No amount listed) | | | | | | | |
| 20 | Edward W. Braswell | Unsecured | 850,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,475.24 |

**Claim Memo:** 1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| 21 | VantagePoint Venture Partners 2006(Q), LP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,475.24 |

**Claim Memo:** Claim disallowed per Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| 22 | VantagePoint Venture Partners 2006(Q), LP | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,475.24 |

**Claim Memo:** 1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| 23 | VantagePoint Venture Partners 2006(Q), LP | Unsecured | 1,173,632.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,475.24 |

**Claim Memo:** 1. Claim reclassified as "Surplus Funds Paid to Debtor" per Section 726(a)(6) in the amount of $0.00.
2. Claim subordinated to all other allowed administrative, priority, timely filed unsecured and late filed unsecured claims.
3. If the distribution results in a surplus, the Trustee will amend her recommendations and allow the claim in the amount of the Claimant's proportionate interest in the surplus funds.
See Trustee's Motion to Allow and Disallow Claims filed 04/16/19 (Doc 37); and Order Approving Trustee's Recommendations to Allow and Disallow Claims entered 06/11/19 (Doc 42).

| 24 | VANTAGEPOINT VENTURE PARTNERS 2006 (Q), L.P. | Unsecured | 2,370,947.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,475.24 |

**Claim Memo:** Trustee's Recommendation: Duplicate of Claim 12-2. Therefore, Trustee recommends that claim be disallowed.
(Claim filed after Trustee filed her Motion to Allow and Disallow Claims on 04/16/19. See Doc 37.)

| 25P | Franchise Tax Board | Priority | 1,585.97 | 1,585.97 | 0.00 | 1,585.97 | 1,585.97 | 2,889.27 |

**Claim Memo:** Trustee's Recommendation: Allow claim as a priority claim per 11 U.S.C. Sec. 507(a)(8).

(Claim filed after Trustee filed her Motion to Allow and Disallow Claims on 04/16/19. See Doc 37.)

| 25U | Franchise Tax Board | Unsecured | 184.11 | 184.11 | 0.00 | 184.11 | 39.95 | 2,849.32 |

**Claim Memo:** Claim filed after claims deadline of March 5, 2018 (See Notice filed December 4, 2017). Therefore, allow as a tardy general unsecured claim per 11 U.S.C. Sec. 726(a)(3).

(Claim filed after Trustee filed her Motion to Allow and Disallow Claims on 04/16/19. See Doc 37.)

| 26P | Texas Controller of Public Accounts | Priority | 2,687.86 | 2,687.86 | 0.00 | 2,687.86 | 2,687.86 | 161.46 |

**Claim Memo:** Trustee's Recommendation: Allow claim as a priority claim per 11 U.S.C. Sec. 507(a)(8).

(Claim filed after Trustee filed her Motion to Allow and Disallow Claims on 04/16/19. See Doc 37.)

# Claims Proposed Distribution

## Case: 3:17-07878-CMW    LEGACY INTERACTIVE, INC.

**Case Balance:** $405,464.71      **Total Proposed Payment:** $405,464.71      **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 26U | Texas Controller of Public Accounts | Unsecured | 283.98 | 283.98 | 0.00 | 283.98 | 61.61 | 99.85 |

**Claim Memo:** Claim filed after claims deadline of March 5, 2018 (See Notice filed December 4, 2017).  Therefore, allow as a tardy general unsecured claim per 11 U.S.C. Sec. 726(a)(3).

(Claim filed after Trustee filed her Motion to Allow and Disallow Claims on 04/16/19.  See Doc 37.)

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 27P | New York State Department of Taxation & Finance | Priority | 82.26 | 82.26 | 0.00 | 82.26 | 82.26 | 17.59 |

**Claim Memo:** Trustee's Recommendation: Allow claim as a priority claim per 11 U.S.C. Sec. 507(a)(8).

(Claim filed after Trustee filed her Motion to Allow and Disallow Claims on 04/16/19.  See Doc 37.)

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 27U | New York State Department of Taxation & Finance | Unsecured | 81.05 | 81.05 | 0.00 | 81.05 | 17.59 | 0.00 |

**Claim Memo:** Claim filed after claims deadline of March 5, 2018 (See Notice filed December 4, 2017).  Therefore, allow as a tardy general unsecured claim per 11 U.S.C. Sec. 726(a)(3).

(Claim filed after Trustee filed her Motion to Allow and Disallow Claims on 04/16/19.  See Doc 37.)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 317-07878 : | | $18,348,390.63 | $3,334,385.63 | $418,292.77 | $2,916,092.86 | $405,464.71 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $47,109.29 | $47,109.29 | $24,500.00 | $22,609.29 | 100.000000% |
| **Total Priority Claims :** | $12,306.81 | $12,306.81 | $7,950.72 | $4,356.09 | 100.000000% |
| **Total Unsecured Claims :** | $18,288,974.53 | $3,274,969.53 | $385,842.05 | $378,499.33 | 23.338885% |

Case No.: 3:17-07878-CMW
Case Name: LEGACY INTERACTIVE, INC.
Trustee Name: SUSAN R. LIMOR, TRUSTEE

**Balance on hand:** $ 405,464.71

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 405,464.71

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| Trustee, Fees - SUSAN R. LIMOR, TRUSTEE | 46,903.66 | 24,500.00 | 22,403.66 |
| Trustee, Expenses - SUSAN R. LIMOR, TRUSTEE | 205.63 | 0.00 | 205.63 |

Total to be paid for chapter 7 administration expenses: $ 22,609.29
Remaining balance: $ 382,855.42

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 382,855.42

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,306.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| 02 | Dallas County | 136.35 | 136.35 | 0.00 |
| 03 | Metropolitan Government of Nashville & Davidson County Tenne | 2,889.39 | 2,889.39 | 0.00 |
| 10P | Tennessee Department of Revenue | 4,924.98 | 4,924.98 | 0.00 |
| 25P | Franchise Tax Board | 1,585.97 | 0.00 | 1,585.97 |

**UST Form 101-7-TFR (05/1/2011)**

| 26P | Texas Controller of Public Accounts | 2,687.86 | 0.00 | 2,687.86 |
| 27P | New York State Department of Taxation & Finance | 82.26 | 0.00 | 82.26 |

| | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | 4,356.09 |
| Remaining balance: | $ | 378,499.33 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,689.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01 -2 | Department of the Treasury - Internal Revenue Service | 100.00 | 100.00 | 0.00 |
| 05 | VACO NASHVILLE | 51,777.50 | 51,777.50 | 0.00 |
| 06 | GCA ADVISORS LLC | 16,812.00 | 16,812.00 | 0.00 |

| | | | |
|---|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 378,499.33 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,206,280.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 21.7 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 07 | CT CORPORATION | 6,473.76 | 640.47 | 764.11 |
| 08U | L. Keith Mullins | 89,518.00 | 8,856.28 | 10,566.03 |
| 10U | Tennessee Department of Revenue | 1,175.63 | 116.31 | 138.76 |
| 11 | RADIUS GGE USA INC | 32,229.50 | 3,188.56 | 3,804.13 |
| 12 -2 | VANTAGE POINT VENTURE PARTNERS 2006 (Q), L.P. | 1,954,114.00 | 193,326.34 | 230,648.82 |
| 14U | JIM D. KEVER | 673,814.00 | 66,662.44 | 79,531.89 |

**UST Form 101-7-TFR (05/1/2011)**

| | | | | |
|------|-----------------------------------------------|------------|-----------|-----------|
| 15U | FRED C. GOAD | 445,048.00 | 44,029.93 | 52,530.09 |
| 16U | JAMES P. AYLWARD | 3,358.00 | 332.22 | 396.35 |
| 21 | VantagePoint Venture Partners 2006(Q), LP | 0.00 | 0.00 | 0.00 |
| 24 | VANTAGEPOINT VENTURE PARTNERS 2006 (Q), L.P. | 0.00 | 0.00 | 0.00 |
| 25U | Franchise Tax Board | 184.11 | 0.00 | 39.95 |
| 26U | Texas Controller of Public Accounts | 283.98 | 0.00 | 61.61 |
| 27U | New York State Department of Taxation & Finance | 81.05 | 0.00 | 17.59 |

Total to be paid for tardy general unsecured claims: $      378,499.33

Remaining balance: $      0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| | None | | | |

Total to be paid for subordinated claims: $      0.00

Remaining balance: $      0.00