# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: LEGACY INTERACTIVE, INC. | § | Case No. 3:17-07878-CMW |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 883,298.48 |
| *and approved disbursements of* | $ 883,159.72 |
| *leaving a balance on hand of* [1] | $ 138.76 |
| **Balance on hand:** | $ 138.76 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 138.76 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - SUSAN R. LIMOR, TRUSTEE | 46,903.66 | 46,903.66 | 0.00 |
| Trustee, Expenses - SUSAN R. LIMOR, TRUSTEE | 205.63 | 205.63 | 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 0.00 |
| Remaining balance: | $ 138.76 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 138.76 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $12,306.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 02 | Dallas County | 136.35 | 136.35 | 0.00 |
| 03 | Metropolitan Government of Nashville & Davidson County Tenne | 2,889.39 | 2,889.39 | 0.00 |
| 10P | Tennessee Department of Revenue | 4,924.98 | 4,924.98 | 0.00 |
| 25P | Franchise Tax Board | 1,585.97 | 1,585.97 | 0.00 |
| 26P | Texas Controller of Public Accounts | 2,687.86 | 2,687.86 | 0.00 |
| 27P | New York State Department of Taxation & Finance | 82.26 | 82.26 | 0.00 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 138.76 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,689.50 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 01 -2 | Department of the Treasury - Internal Revenue Service | 100.00 | 100.00 | 0.00 |
| 05 | VACO NASHVILLE | 51,777.50 | 51,777.50 | 0.00 |
| 06 | GCA ADVISORS LLC | 16,812.00 | 16,812.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 138.76 |

Tardily filed claims of general (unsecured) creditors totaling $ 3,205,220.71 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 21.7 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 07 | CT CORPORATION | 6,473.76 | 1,404.58 | 0.29 |
| 08U | L. Keith Mullins | 89,518.00 | 19,422.31 | 3.88 |
| 10U | Tennessee Department of Revenue | 116.31 | 116.31 | 0.00 |
| 11 | RADIUS GGE USA INC | 32,229.50 | 6,992.69 | 1.39 |
| 12 -2 | VANTAGE POINT VENTURE PARTNERS 2006 (Q), L.P. | 1,954,114.00 | 423,975.16 | 84.59 |
| 14U | JIM D. KEVER | 673,814.00 | 146,194.33 | 29.17 |
| 15U | FRED C. GOAD | 445,048.00 | 96,560.02 | 19.27 |
| 16U | JAMES P. AYLWARD | 3,358.00 | 728.57 | 0.15 |
| 21 | VantagePoint Venture Partners 2006(Q), LP | 0.00 | 0.00 | 0.00 |
| 24 | VANTAGEPOINT VENTURE PARTNERS 2006 (Q), L.P. | 0.00 | 0.00 | 0.00 |
| 25U | Franchise Tax Board | 184.11 | 39.95 | 0.00 |
| 26U | Texas Controller of Public Accounts | 283.98 | 61.61 | 0.02 |
| 27U | New York State Department of Taxation & Finance | 81.05 | 17.59 | 0.00 |

| | Total to be paid for tardy general unsecured claims: | $ | 138.76 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

Prepared By: /s/SUSAN R. LIMOR, TRUSTEE
                           Trustee

SUSAN R. LIMOR, TRUSTEE
8161 Highway 100
Suite 189
NASHVILLE, TN 37221
(615) 347-5869
trustee@limorlaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.