# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: LEGACY INTERACTIVE, INC. | § | Case No. 3:17-07878-CMW |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

SUSAN R. LIMOR, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00<br>*(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants:$776,648.19 | Claims Discharged<br>Without Payment: N/A |
| Total Expenses of Administration:$96,425.00 | |

3) Total gross receipts of $ 883,298.48 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 10,225.29 (see **Exhibit 2**), yielded net receipts of $873,073.19 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 96,425.00 | 96,425.00 | 96,425.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 11,817.54 | 12,306.81 | 12,306.81 | 12,306.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 10,202,166.54 | 6,062,749.53 | 3,273,910.21 | 764,341.38 |
| **TOTAL DISBURSEMENTS** | $10,213,984.08 | $6,171,481.34 | $3,382,642.02 | $873,073.19 |

4) This case was originally filed under Chapter 7 on November 17, 2017. The case was pending for 57 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2022          By: /s/SUSAN R. LIMOR, TRUSTEE
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking Account Account at First Bank, Lexingto | 1129-000 | 23,467.16 |
| 128,781 shares of common stock of Augeo Affinity | 1129-000 | 383,985.11 |
| Escrowed cash paid by Augeo Affinity Marketing, | 1129-000 | 92,473.04 |
| Escrowed 42,867 shares of stock of Augeo Affinit | 1129-000 | 360,082.80 |
| Interest Adjustment re Account Ending 3217 | 1229-000 | 30.87 |
| Refunds/Remnant Assets | 1229-000 | 23,259.50 |
| **TOTAL GROSS RECEIPTS** | | **$883,298.48** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JM Partners LLC | Proceeds from Remnant Asset per Agreed Order...Authorizing Sale of Property of the Estate...entered 07.30.20 (DE 65). | 8500-002 | 10,225.29 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$10,225.29** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - SUSAN R. LIMOR, TRUSTEE | 2100-000 | N/A | 46,903.66 | 46,903.66 | 46,903.66 |
| Trustee Expenses - SUSAN R. LIMOR, TRUSTEE | 2200-000 | N/A | 205.63 | 205.63 | 205.63 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.12 | 28.12 | 28.12 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 10.58 | 10.58 | 10.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 76.98 | 76.98 | 76.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 155.49 | 155.49 | 155.49 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 166.37 | 166.37 | 166.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 160.59 | 160.59 | 160.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 182.50 | 182.50 | 182.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 160.11 | 160.11 | 160.11 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 176.45 | 176.45 | 176.45 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 170.70 | 170.70 | 170.70 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 87.97 | 87.97 | 87.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 103.60 | 103.60 | 103.60 |
| Other - Fifth Third Bank Legal Entry | 2990-000 | N/A | 57.39 | 57.39 | 57.39 |
| Clerk of the Court Costs - Clerk, U.S. Bankruptcy Court | 2700-000 | N/A | 181.00 | 181.00 | 181.00 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 121.55 | 121.55 | 121.55 |
| Other - U.S. Bank N.A. | 2990-000 | N/A | 28.40 | 28.40 | 28.40 |
| Attorney for Trustee Fees (Trustee Firm) - Limor & Johnson, Attorneys at Law | 3110-000 | N/A | 6,457.00 | 6,457.00 | 6,457.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Limor & Johnson, Attorneys at Law | 3120-000 | N/A | 250.23 | 250.23 | 250.23 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 586.82 | 586.82 | 586.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 345.73 | 345.73 | 345.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 690.92 | 690.92 | 690.92 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 666.82 | 666.82 | 666.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 734.67 | 734.67 | 734.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 711.19 | 711.19 | 711.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 683.64 | 683.64 | 683.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 753.27 | 753.27 | 753.27 |
| Clerk of the Court Costs - Clerk, U.S. Bankruptcy Court | 2700-000 | N/A | 181.00 | 181.00 | 181.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 704.92 | 704.92 | 704.92 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 680.11 | 680.11 | 680.11 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 772.73 | 772.73 | 772.73 |
| Other – INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 367.84 | 367.84 | 367.84 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 679.60 | 679.60 | 679.60 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 654.88 | 654.88 | 654.88 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 770.42 | 770.42 | 770.42 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 699.14 | 699.14 | 699.14 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 651.49 | 651.49 | 651.49 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 766.67 | 766.67 | 766.67 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 695.75 | 695.75 | 695.75 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 740.94 | 740.94 | 740.94 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 693.45 | 693.45 | 693.45 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 669.26 | 669.26 | 669.26 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 737.35 | 737.35 | 737.35 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 713.08 | 713.08 | 713.08 |
| Other – Metropolitan Commercial Bank | 2600-000 | N/A | 665.97 | 665.97 | 665.97 |
| Other – Lewis, Smith & Associates, P.C. | 3410-000 | N/A | 2,234.00 | 2,234.00 | 2,234.00 |
| Other – Lewis, Smith & Associates, P.C. | 3420-000 | N/A | 4,338.48 | 4,338.48 | 4,338.48 |
| Attorney for Trustee Fees (Trustee Firm) – Limor & Johnson, Attorneys at Law | 3110-000 | N/A | 3,451.00 | 3,451.00 | 3,451.00 |
| Attorney for Trustee Expenses (Trustee Firm) – Limor & Johnson, Attorneys at Law | 3120-000 | N/A | 527.73 | 527.73 | 527.73 |
| Other – Wesler & Associates CPA PC | 3410-000 | N/A | 11,822.50 | 11,822.50 | 11,822.50 |
| Other – Wesler & Associates CPA PC | 3420-000 | N/A | 1,027.92 | 1,027.92 | 1,027.92 |
| Other – INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 321.39 | 321.39 | 321.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$96,425.00** | **$96,425.00** | **$96,425.00** |

### EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 02 | Dallas County | 5800-000 | 92.57 | 136.35 | 136.35 | 136.35 |
| 03 | Metropolitan Government of Nashville & Davidson County | 5800-000 | 1,641.20 | 2,889.39 | 2,889.39 | 2,889.39 |
| 10P | Tennessee Department of Revenue | 5800-000 | N/A | 4,924.98 | 4,924.98 | 4,924.98 |
| 25P | Franchise Tax Board | 5800-000 | N/A | 1,585.97 | 1,585.97 | 1,585.97 |
| 26P | Texas Controller of Public Accounts | 5800-000 | N/A | 2,687.86 | 2,687.86 | 2,687.86 |
| 27P | New York State Department of Taxation & Finance | 5800-000 | N/A | 82.26 | 82.26 | 82.26 |
| NOTFILED | HMRC - LONDON/ HMRC | 5800-000 | 9,838.63 | N/A | N/A | 0.00 |
| NOTFILED | WILLIAMSON COUNTY TRUSTEE | 5800-000 | 245.14 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$11,817.54** | **$12,306.81** | **$12,306.81** | **$12,306.81** |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01 -2 | Department of the Treasury - Internal Revenue Service | 7100-000 | N/A | 100.00 | 100.00 | 100.00 |
| 05 | VACO NASHVILLE | 7100-000 | 51,777.50 | 51,777.50 | 51,777.50 | 51,777.50 |
| 06 | GCA ADVISORS LLC | 7100-000 | 324,385.00 | 16,812.00 | 16,812.00 | 16,812.00 |
| 07 | CT CORPORATION | 7200-000 | 6,473.76 | 6,473.76 | 6,473.76 | 1,404.58 |
| | United States Bankruptcy Court - CT CORPORATION | 7200-001 | N/A | N/A | N/A | 0.29 |
| 08U | L. Keith Mullins | 7200-000 | 96,430.75 | 89,518.00 | 89,518.00 | 19,422.31 |
| | United States Bankruptcy Court - L. Keith Mullins | 7200-001 | N/A | N/A | N/A | 3.88 |
| 10U | Tennessee Department of Revenue | 7200-000 | N/A | 1,175.63 | 116.31 | 116.31 |
| 11 | RADIUS GGE USA INC | 7200-000 | 32,229.50 | 32,229.50 | 32,229.50 | 6,992.69 |
| | United States Bankruptcy Court - RADIUS GGE USA INC | 7200-001 | N/A | N/A | N/A | 1.39 |
| 12 -2 | VANTAGE POINT VENTURE PARTNERS 2006 (Q), L.P. | 7200-000 | 2,117,362.66 | 2,370,947.00 | 1,954,114.00 | 424,059.75 |
| 14U | JIM D. KEVER | 7200-000 | 623,253.12 | 673,814.00 | 673,814.00 | 146,223.50 |
| 15U | FRED C. GOAD | 7200-000 | 423,247.51 | 445,048.00 | 445,048.00 | 96,579.29 |
| 16U | JAMES P. AYLWARD | 7200-000 | 3,617.28 | 3,358.00 | 3,358.00 | 728.57 |
| | United States Bankruptcy Court - JAMES P. AYLWARD | 7200-001 | N/A | N/A | N/A | 0.15 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | VantagePoint Venture Partners 2006(Q), LP | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| 24 | VANTAGEPOINT VENTURE PARTNERS 2006 (Q), L.P. | 7200-000 | N/A | 2,370,947.00 | 0.00 | 0.00 |
| 25U | Franchise Tax Board | 7200-000 | N/A | 184.11 | 184.11 | 39.95 |
| 26U | Texas Controller of Public Accounts | 7200-000 | N/A | 283.98 | 283.98 | 61.61 |
| | United States Bankruptcy Court - Texas Controller of | 7200-001 | N/A | N/A | N/A | 0.02 |
| 27U | New York State Department of Taxation & Finance | 7200-000 | N/A | 81.05 | 81.05 | 17.59 |
| NOTFILED | HUNNICUTT, JOHN | 7100-000 | 4,668.71 | N/A | N/A | 0.00 |
| NOTFILED | KELLY, BRADEN R. | 7100-000 | 22,696.65 | N/A | N/A | 0.00 |
| NOTFILED | MCDERMOTT WILL & EMERY | 7100-000 | 23,995.00 | N/A | N/A | 0.00 |
| NOTFILED | KEVER INVESTMENT PARTNERSHIP | 7100-000 | 107,424.88 | N/A | N/A | 0.00 |
| NOTFILED | MCNAMARA, CARY | 7100-000 | 5,386.14 | N/A | N/A | 0.00 |
| NOTFILED | MCGINTY, STEVEN & LISA | 7100-000 | 17,152.59 | N/A | N/A | 0.00 |
| NOTFILED | FCA VENTURE PARTNERS IV LP | 7100-000 | 530,245.47 | N/A | N/A | 0.00 |
| NOTFILED | EARTHMAN, WILLIAM F. | 7100-000 | 10,769.41 | N/A | N/A | 0.00 |
| NOTFILED | BVP III SPECIAL AFFILIATES LTD | 7100-000 | 77,989.54 | N/A | N/A | 0.00 |
| NOTFILED | BVP III AFFILIATES FUND LIMITED | 7100-000 | 60,035.01 | N/A | N/A | 0.00 |
| NOTFILED | CONCUR TECHNOLOGIES | 7100-000 | 3,375,114.00 | N/A | N/A | 0.00 |
| NOTFILED | CORRELATION VENTURES LP | 7100-000 | 121,048.58 | N/A | N/A | 0.00 |
| NOTFILED | MCNAMARA, KEVIN M. | 7100-000 | 19,009.76 | N/A | N/A | 0.00 |
| NOTFILED | DAILY, GREG | 7100-000 | 107,722.19 | N/A | N/A | 0.00 |
| NOTFILED | FCA VENTURE MANAGEMENT LLC | 7100-000 | 120,808.38 | N/A | N/A | 0.00 |
| NOTFILED | NCN ANGEL FUNDI LP | 7100-000 | 26,450.88 | N/A | N/A | 0.00 |
| NOTFILED | METLIFE | 7100-000 | 1,474.49 | N/A | N/A | 0.00 |
| NOTFILED | ANTHONY S. JOHNSTON | 7100-000 | 6,481.63 | N/A | N/A | 0.00 |
| NOTFILED | DEANA GOAD DYNASTY TRUST | 7100-000 | 14,336.77 | N/A | N/A | 0.00 |
| NOTFILED | BRUCE V RAUNER | 7100-000 | 68,379.88 | N/A | N/A | 0.00 |
| NOTFILED | THE FRANYE GOAD JOHNSON 1998 CHILDREN'S TRUST | 7100-000 | 22,150.94 | N/A | N/A | 0.00 |
| NOTFILED | First Avenue Partners II LP | 7100-000 | 403,509.57 | N/A | N/A | 0.00 |
| NOTFILED | FRANYE GOAD JOHNSON 1999 GENERATION SKIPPING TRUST | 7100-000 | 22,150.94 | N/A | N/A | 0.00 |
| NOTFILED | Edward W. Braswell | 7100-000 | 148,140.89 | N/A | N/A | 0.00 |
| NOTFILED | WHITSON, CLAY | 7100-000 | 16,154.17 | N/A | N/A | 0.00 |
| NOTFILED | WILLIAMSON, WILLIAM A | 7100-000 | 4,719.33 | N/A | N/A | 0.00 |
| NOTFILED | THE LOWENBAUM 1992 TRUST | 7100-000 | 18,856.22 | N/A | N/A | 0.00 |
| NOTFILED | TENNESSEE ANGEL FUND LP | 7100-000 | 77,812.80 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | THE WATERPROOF PARTNERSHIP LTD | 7100-000 | 18,856.22 | N/A | N/A | 0.00 |
| NOTFILED | TYSON, JOHN H. | 7100-000 | 209,333.51 | N/A | N/A | 0.00 |
| NOTFILED | WHETSTONE CAPITAL LP | 7100-000 | 8,533.78 | N/A | N/A | 0.00 |
| NOTFILED | VANTAGEPOINT MANAGEMENT INC | 7100-000 | 5,682.00 | N/A | N/A | 0.00 |
| NOTFILED | BUZZACOTT | 7100-000 | 1,715.00 | N/A | N/A | 0.00 |
| NOTFILED | BRADEN R KELLEY 12/16/12 IRREVOCABLE | 7100-000 | 9,963.89 | N/A | N/A | 0.00 |
| NOTFILED | BURNSTEIN, MATTHEW | 7100-000 | 1,390.71 | N/A | N/A | 0.00 |
| NOTFILED | ALLISON, ROBERT G. | 7100-000 | 6,753.98 | N/A | N/A | 0.00 |
| NOTFILED | BP PHOENIX LLC C/O MISSION PEAK CAPITOL | 7100-000 | 533,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BAID VENTURE III LIMITED PARTNERSHIP | 7100-000 | 216,734.62 | N/A | N/A | 0.00 |
| NOTFILED | BADRAN, SOUHEIL | 7100-000 | 76,740.93 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $10,202,166.54 | $6,062,749.53 | $3,273,910.21 | $764,341.38 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:17-07878-CMW

**Case Name:** LEGACY INTERACTIVE, INC.

**Period Ending:** 09/09/22

**Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE

**Filed (f) or Converted (c):** 11/17/17 (f)

**§341(a) Meeting Date:** 12/18/17

**Claims Bar Date:** 03/05/18

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| 1 | Checking Account Account at First Bank, Lexingto Account ending in 4978.<br>12/04/17 - Rcvd check in the amount of $23,467.16.<br>Asset fully administered. | 28,126.00 | 23,467.16 | | 23,467.16 | FA |
| 2 | 128,781 shares of common stock of Augeo Affinity Correct amount of shares = 128,601 (per Stock Certificate No. 441). Discrepancy between this and scheduled amount represents clerical error found on Schedule B.<br><br>07/24/18 - Status Update for Annual Reports for Period Ended June 30, 2018: Trustee is in the process of attempting to value the asset and solicit sale of such asset. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>01/02/19 - Trustee sold 45,713 of 128,601 shares back to Augeo Affinity Marketing, Inc. @ $8.40/share. See Statement of Sale filed 01.15.19 (Doc 35). Trustee still retains 82,888 shares, which she will attempt to market and sell to an unrelated third party.<br><br>07/17/19 - Status Update for Annual Reports for Period Ended June 30, 2019: Trustee is in the process of attempting to solicit sale of remaining shares. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>TRUSTEE TO SELL REMAINING INTEREST AS PACKAGE DEAL WITH THE REMNANT ASSETS (See Asset No. 7). PLEASE REFER TO ASSET NO. 7 FOR FURTHER DETAILS. | 1,500,000.00 | 383,985.11 | | 383,985.11 | FA |
| 3 | Escrowed cash paid by Augeo Affinity Marketing, On January 9, 2017, Legacy Interactive, Inc. fka edo Interactive, Inc. entered into an Escrow Agreement | 92,155.05 | 92,473.04 | | 92,473.04 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:17-07878-CMW         **Trustee:**      (620530)     SUSAN R. LIMOR, TRUSTEE

**Case Name:**      LEGACY INTERACTIVE, INC.         **Filed (f) or Converted (c):** 11/17/17 (f)

                                       **§341(a) Meeting Date:** 12/18/17

**Period Ending:** 09/09/22                        **Claims Bar Date:** 03/05/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled And Unscheduled (u) Property)**<br><br>**Ref. #** | **Petition/**<br>**Unscheduled**<br>**Values** | **Estimated Net Value**<br>**(Value Determined By Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA=§554(a)** | **Sale/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully**<br>**Administered (FA)/**<br>**Gross Value of**<br>**Remaining Assets** |
| after it sold substantially of its assets to Augeo CLO, Inc. The Escrow Agreement named U.S. Bank National Association as the escrow agent ("Escrow Agent"). Pursuant to the Escrow Agreement, the Purchaser transferred $325,000.00 into an account designated by the Escrow Agent.<br><br>01/05/18 - Per escrow agreement, the escrow period is to terminate on January 8, 2018. Letter sent to the Escrow Agent requesting turnover of funds in account.<br><br>01/22/18 - Rcvd check in the amount of $92,473.04. Trustee investigating whether all claims against the escrowed funds were valid.<br><br>07/24/18 - Status Update for Annual Reports for Period Ended June 30, 2018: Trustee investigating whether all claims against the escrowed funds were valid. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>07/17/19 - Status Update for Annual Reports for Period Ended June 30, 2019: Trustee continues to investigate whether all claims against the escrowed funds were valid. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>08/27/19 - Dean Armstrong, Attorney for Trustee, reviewed case and determined the claims against the escrowed funds were valid. Asset deemed abandoned. | | | | | |
| 4    Escrowed 42,867 shares of stock of Augeo Affinit<br>     07/24/18 - Status Update for Annual Reports for<br>     Period Ended June 30, 2018: Trustee is in the | 500,000.00 | 360,082.80 | | 360,082.80 | FA |

Exhibit 8

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 3:17-07878-CMW
**Case Name:** LEGACY INTERACTIVE, INC.

**Period Ending:** 09/09/22

**Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE
**Filed (f) or Converted (c):** 11/17/17 (f)
**§341(a) Meeting Date:** 12/18/17
**Claims Bar Date:** 03/05/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | process of attempting to value the asset and solicit sale of such asset. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>01/02/19 - Trustee sold shares back to Augeo Affinity Marketing, Inc. @ $8.40/share. See Statement of Sale filed 01.15.19 (Doc 35). Asset fully administered. | | | | | |
| 5 | Interest Adjustment re Account Ending 3217 (u)<br>  Received a check from Fifth Third Bank made payable to Edo Interactive, Inc. The check is for $30.87 and represents an interest adjustment on an account ending in 3217. Asset fully administered. | 0.00 | 30.87 | | 30.87 | FA |
| 6 | Possible Preferential and/or Fraudulent Transfer (u)<br>  Trustee is in the process of requesting, receiving and reviewing bank records to determine if the Debtor made payments/transfers prior to filing this bankruptcy that the Trustee can avoid as either preferential and/or fraudulent transfers and recover on behalf of the bankruptcy estate.<br><br>07/24/18 - Status Update for Annual Reports for Period Ended June 30, 2018: Trustee is in the process of receiving the bank statements. Upon receipt, Trustee to perform an extensive review of the Debtor's bank records and compile a spreadsheet of possible preferential and/or fraudulent transfers. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>07/17/19 - Status Update for Annual Reports for Period Ended June 30, 2019: Trustee has received, reviewed and analyzed bank statements for possible preferential and/or fraudulent transfers. Outside litigation attorney is in the process of reviewing Trustee's findings to determine if possible causes of | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 4

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 3:17-07878-CMW | **Trustee:** (620530) SUSAN R. LIMOR, TRUSTEE |
| **Case Name:** LEGACY INTERACTIVE, INC. | **Filed (f) or Converted (c):** 11/17/17 (f) |
| | **§341(a) Meeting Date:** 12/18/17 |
| **Period Ending:** 09/09/22 | **Claims Bar Date:** 03/05/18 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | action. The true value of the asset is still unknown to Trustee at this time; therefore, Trustee has assigned a value of $1.00 to "Column 3: Estimated Net Value..."<br><br>08/27/19 - Dean Armstrong, Attorney for Trustee, reviewed case and determined no viable causes of actions for the estate. Asset deemed abandoned. | | | | | |
| 7 | Refunds/Remnant Assets (u)<br>  08/21/19 - Rcvd refund check from Shred-It USA LLC in the amount of $34.21.<br><br>REMNANT ASSETS:<br>Oak Point Partners offered to purchase the remaining stock relating to Asset No. 2 and remnant assets. Remnant assets might include unscheduled refunds, overpayments, deposits, judgments, claims, or other payment rights that would accrue in the future.<br><br>06/24/20 - Parties agree that Trustee will sell remaining stock relating to Asset No. 2 and remnant assets to Oak Point Partners for $11k. Such sale is subject to the upset bidder procedure and approval by the bankruptcy court. See Motion filed 06.24.20 (DE 60).<br><br>07/13/20 - An upset bidder filed an objection offering to purchase for $13k. See Docket Entry 62.<br><br>07/17/20 - Status Update for Annual Reports for Period Ended June 30, 2020: Oak Point Partners has declined to participate in an auction. Trustee to sell the assets to the upset bidder for $13k.<br><br>Trustee sold asset to JM Partners, LLC for $13k per Agreed Order Resolving Objection/Upset Bid and Authorizing Sale of Property of the Estate…entered July 30, 2020 (Docket Entry 65). See Trustee's Statement of Sale filed 10.13.20 (Docket Entry 67) for | 0.00 | 13,034.21 | | 23,259.50 | FA |

Exhibit 8

Page: 5

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 3:17-07878-CMW

Case Name:  LEGACY INTERACTIVE, INC.

Period Ending: 09/09/22

Trustee:  (620530)  SUSAN R. LIMOR, TRUSTEE

Filed (f) or Converted (c):  11/17/17 (f)

§341(a) Meeting Date:  12/18/17

Claims Bar Date:  03/05/18

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | further details.  Asset fully administered.<br><br>01/10/22 - Rcvd refund from TN DOR in the amount of $10,225.29.  Funds represent a remnant asset to be returned to JM Partners, LLC at the end of the case. | | | | | |
| 7 | **Assets**    **Totals** (Excluding unknown values) | **$2,120,281.05** | **$873,073.19** | | **$883,298.48** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/04/17 - Notice of Assets filed.  Claims bar date is 03.05.18.  See Docket Entry 9.

04/05/18 - Trustee determined that there are sufficient funds to pay all allowed claims in full with surplus funds to distribute to creditors that have not filed claims.  Order and Notice to File Claims Against Surplus Funds submitted with the Court.  Deadline to file claim is 05.02.18.  See Order and Notice of Surplus Funds entered 04.06.18 (Doc 20).

07/24/18 - Status Update for Annual Reports for Period Ended June 30, 2018:
1. Finalize request and review of bank statements.
2. Investigate possible preferential and/or fraudulent transfers made by the Debtor; attempt to avoid and recover on behalf of bankruptcy estate.
3. Attempt to sell shares of stock.

07/17/19 - Status Update for Annual Reports for Period Ended June 30, 2019:
1. Finalize investigation of possible preferential and/or fraudulent transfers made by the Debtor; attempt to avoid and recover on behalf of bankruptcy estate.
2. Attempt to sell remaining shares of stock.
3. Accountant prepare and file estate tax returns.
4. Application for compensation for professionals.
5. CLOSE CASE.

07/17/19 - Motion to Award Interim Trustee Compensation and Allow Interim Distribution filed (Doc 45).  Order approving entered 08.14.19 (DE 52).

07/17/20 - Status Update for Annual Reports for Period Ended June 30, 2020:
1. Attempt to sell remaining shares of stock & remnant assets.  Motion filed 06.24.20.  Upset Bidder Objection filed 07.13.20.
2. Accountant prepare and file estate tax returns.
3. Application for compensation for professionals.
4. CLOSE CASE.

07/19/21 - Status Update for Annual Reports for Period Ended June 30, 2021:

Exhibit 8

Page: 6

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 3:17-07878-CMW

Case Name: LEGACY INTERACTIVE, INC.

Period Ending: 09/09/22

Trustee: (620530) SUSAN R. LIMOR, TRUSTEE

Filed (f) or Converted (c): 11/17/17 (f)

§341(a) Meeting Date: 12/18/17

Claims Bar Date: 03/05/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

1. Accountant prepare and file estate tax returns. (substitute accountant employed 04.29.21)

2. Application for compensation for professionals.

3. CLOSE CASE.

Initial Projected Date Of Final Report (TFR): June 30, 2019

Current Projected Date Of Final Report (TFR): February 22, 2022 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 3:17-07878-CMW | |
| **Case Name:** | LEGACY INTERACTIVE, INC. | |
| **Taxpayer ID #:** | **-***4122 | |
| **Period Ending:** | 09/09/22 | |

| | |
|---|---|
| **Trustee:** | SUSAN R. LIMOR, TRUSTEE (620530) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******2566 - Checking Account |
| **Blanket Bond:** | $720,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/04/17 | {1} | edo Interactive | Balance in Checking Account | 1129-000 | 23,467.16 | | 23,467.16 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.12 | 23,439.04 |
| 01/22/18 | {3} | US Bank National Association | Balance in Escrow Account | 1129-000 | 92,473.04 | | 115,912.08 |
| 01/26/18 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2018 FOR CASE #317-07878, Chapter 7 Blanket Bond for 01/01/18 to 01/01/19; Bond #016026373 | 2300-000 | | 10.58 | 115,901.50 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.98 | 115,824.52 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 155.49 | 115,669.03 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.37 | 115,502.66 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.59 | 115,342.07 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.50 | 115,159.57 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 160.11 | 114,999.46 |
| 07/12/18 | {5} | Fifth Third Bank | Interest Adjustment re Account Ending 3217 | 1229-000 | 30.87 | | 115,030.33 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.45 | 114,853.88 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.70 | 114,683.18 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.97 | 114,595.21 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.60 | 114,491.61 |
| 11/13/18 | 102 | Fifth Third Bank Legal Entry | Subpoena Research Billing Invoice re Invoice Dated 11.07.18 (5/3 ID: 20181105000007) | 2990-000 | | 57.39 | 114,434.22 |
| 01/02/19 | | Land Title, Inc. | Sale of Stock per Order Authorizing Sale of Property of the Estate entered 12.20.18 (Doc 33); and Statement of Sale dated 01.15.19 (Doc 35). | | 744,067.91 | | 858,502.13 |
| | {4} | | | | 360,082.80 | 1129-000 | 858,502.13 |
| | {2} | | | | 383,985.11 | 1129-000 | 858,502.13 |
| 01/15/19 | 103 | Clerk, U.S. Bankruptcy Court | Court Fee for Motion to Sell filed 12/12/18 (Docket Entry 27). | 2700-000 | | 181.00 | 858,321.13 |
| 02/12/19 | 104 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2019 FOR CASE #317-07878, Chapter 7 Blanket Bond for 01/01/19 to 01/01/20; Bond 016026373 | 2300-000 | | 121.55 | 858,199.58 |
| 06/04/19 | 105 | U.S. Bank N.A. | Subpoena Research Billing Invoice re Invoice Dated 05.21.19 (Invoice No. S2018-15237) | 2990-000 | | 28.40 | 858,171.18 |
| 08/21/19 | {7} | Shred-It USA LLC | Refund of Account | 1229-000 | 34.21 | | 858,205.39 |
| 08/29/19 | 106 | Limor & Johnson, Attorneys at Law | Attorney Fees and Expenses per Order Awarding Compensation to Attorneys for Trustee entered 08.14.19 (Doc 51) | | | 6,707.23 | 851,498.16 |

| | | | Subtotals : | | $860,073.19 | $8,575.03 | |

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 3:17-07878-CMW | **Trustee:** SUSAN R. LIMOR, TRUSTEE (620530) |
| **Case Name:** LEGACY INTERACTIVE, INC. | **Bank Name:** Mechanics Bank |
| | **Account:** ******2566 - Checking Account |
| **Taxpayer ID #:** **-***4122 | **Blanket Bond:** $720,000.00 (per case limit) |
| **Period Ending:** 09/09/22 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Attorney Fees 6,457.00 | 3110-000 | | | 851,498.16 |
| | | | Attorney Expenses 250.23 | 3120-000 | | | 851,498.16 |
| 08/29/19 | 107 | SUSAN R. LIMOR, TRUSTEE | Interim Trustee Compensation per Trustee's Motion to Award Interim Trustee Compensation…filed 07/17/19 (Doc 45); and Order Awarding Trustee Compensation…entered 08/14/19 (Doc 52). | 2100-000 | | 24,500.00 | 826,998.16 |
| 08/29/19 | 108 | Dallas County | Dividend paid 100.00% on $136.35; Claim# 02 - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 5800-000 | | 136.35 | 826,861.81 |
| 08/29/19 | 109 | Metropolitan Government of Nashville & Davidson County Tenne | Dividend paid 100.00% on $2,889.39; Claim# 03 - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 5800-000 | | 2,889.39 | 823,972.42 |
| 08/29/19 | 110 | Tennessee Department of Revenue | Dividend paid 100.00% on $4,924.98; Claim# 10P - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 5800-000 | | 4,924.98 | 819,047.44 |
| 08/29/19 | 111 | Department of the Treasury - Internal Revenue Service | Dividend paid 100.00% on $100.00; Claim# 01 -2 - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7100-000 | | 100.00 | 818,947.44 |
| 08/29/19 | 112 | VACO NASHVILLE | Dividend paid 100.00% on $51,777.50; Claim# 05 - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7100-000 | | 51,777.50 | 767,169.94 |
| 08/29/19 | 113 | GCA ADVISORS LLC | Dividend paid 100.00% on $16,812.00; Claim# 06 - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7100-000 | | 16,812.00 | 750,357.94 |
| 08/29/19 | 114 | CT CORPORATION | Dividend paid 9.89% on $6,473.76; Claim# 07 - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 | 7200-000 | | 640.47 | 749,717.47 |

| | Subtotals : | $0.00 | $101,780.69 |
|---|---|---|---|

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 3:17-07878-CMW | |
| **Case Name:** | LEGACY INTERACTIVE, INC. | |
| **Taxpayer ID #:** | **-***4122 | |
| **Period Ending:** | 09/09/22 | |

| | |
|---|---|
| **Trustee:** | SUSAN R. LIMOR, TRUSTEE (620530) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******2566 - Checking Account |
| **Blanket Bond:** | $720,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | | | | |
| 08/29/19 | 115 | L. Keith Mullins | Dividend paid 9.89% on $89,518.00; Claim# 08U - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 8,856.28 | 740,861.19 |
| 08/29/19 | 116 | Tennessee Department of Revenue | Dividend paid 9.89% on $1,175.63; Claim# 10U - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 116.31 | 740,744.88 |
| 08/29/19 | 117 | RADIUS GGE USA INC | Dividend paid 9.89% on $32,229.50; Claim# 11 - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 3,188.56 | 737,556.32 |
| 08/29/19 | 118 | VANTAGE POINT VENTURE PARTNERS 2006 (Q), L.P. | Dividend paid 9.89% on $1,954,114.00; Claim# 12 -2 - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 193,326.34 | 544,229.98 |
| 08/29/19 | 119 | JIM D. KEVER | Dividend paid 9.89% on $673,814.00; Claim# 14U - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 66,662.44 | 477,567.54 |
| 08/29/19 | 120 | FRED C. GOAD | Dividend paid 9.89% on $445,048.00; Claim# 15U - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 44,029.93 | 433,537.61 |
| 08/29/19 | 121 | JAMES P. AYLWARD | Dividend paid 9.89% on $3,358.00; Claim# 16U - Interim Distribution per Trustee's Motion to…Allow Interim Distribution filed 07/17/19 (Doc 45); and Order…Allowing Interim Distribution entered 08/14/19 (Doc 52). | 7200-000 | | 332.22 | 433,205.39 |
| 02/10/20 | 122 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond from 01.01.20 to 01.01.21; Bond #016026373. | 2300-000 | | 586.82 | 432,618.57 |
| 03/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 345.73 | 432,272.84 |

Subtotals :  $0.00  $317,444.63

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 3:17-07878-CMW | | **Trustee:** | SUSAN R. LIMOR, TRUSTEE (620530) | | |
| **Case Name:** | LEGACY INTERACTIVE, INC. | | **Bank Name:** | Mechanics Bank | | |
| | | | **Account:** | ******2566 - Checking Account | | |
| **Taxpayer ID #:** | **-***4122 | | **Blanket Bond:** | $720,000.00 (per case limit) | | |
| **Period Ending:** | 09/09/22 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 690.92 | 431,581.92 |
| 05/29/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 666.82 | 430,915.10 |
| 06/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 734.67 | 430,180.43 |
| 07/28/20 | {7} | JM Partners LLC | Sale Proceeds | 1229-000 | 13,000.00 | | 443,180.43 |
| 07/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 711.19 | 442,469.24 |
| 08/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 683.64 | 441,785.60 |
| 09/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 753.27 | 441,032.33 |
| 10/13/20 | 123 | Clerk, U.S. Bankruptcy Court | Court Fee for Motion to Sell filed 06/24/20<br>(Docket Entry 60). | 2700-000 | | 181.00 | 440,851.33 |
| 10/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 704.92 | 440,146.41 |
| 11/30/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 680.11 | 439,466.30 |
| 12/31/20 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 772.73 | 438,693.57 |
| 01/26/21 | | Transition Transfer Debit | Transition Transfer Debit | 9999-000 | | 438,693.57 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 873,073.19 | 873,073.19 | $0.00 |
| Less: Bank Transfers | 0.00 | 438,693.57 |
| **Subtotal** | 873,073.19 | 434,379.62 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | $873,073.19 | $434,379.62 |

{} Asset reference(s)                                                                    Printed: 09/09/2022 07:06 PM    V.20.45

Exhibit 9

Page: 5

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 3:17-07878-CMW | |
| **Case Name:** | LEGACY INTERACTIVE, INC. | |
| **Taxpayer ID #:** | **-***4122 | |
| **Period Ending:** | 09/09/22 | |

| | |
|---|---|
| **Trustee:** | SUSAN R. LIMOR, TRUSTEE (620530) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******6967 - Checking Account |
| **Blanket Bond:** | $720,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/26/21 | | Transition Transfer Credit | Transition Transfer Credit | 9999-000 | 438,693.57 | | 438,693.57 |
| 01/28/21 | 10124 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond for 01.01.21 to 01.01.22; Bond #016026373 | 2300-000 | | 367.84 | 438,325.73 |
| 01/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 679.60 | 437,646.13 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 654.88 | 436,991.25 |
| 03/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 770.42 | 436,220.83 |
| 04/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 699.14 | 435,521.69 |
| 05/28/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 651.49 | 434,870.20 |
| 06/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 766.67 | 434,103.53 |
| 07/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 695.75 | 433,407.78 |
| 08/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 740.94 | 432,666.84 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 693.45 | 431,973.39 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 669.26 | 431,304.13 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 737.35 | 430,566.78 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 713.08 | 429,853.70 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 665.97 | 429,187.73 |
| 02/15/22 | 10125 | Lewis, Smith & Associates, P.C. | Accountant Fees and Expenses per Order Awarding Compensation entered 01.31.22 (DE 82). | | | 6,572.48 | 422,615.25 |
| | | | Accountant Fees. 2,234.00 | 3410-000 | | | 422,615.25 |
| | | | Accountant Expenses. 4,338.48 | 3420-000 | | | 422,615.25 |
| 02/15/22 | 10126 | Limor & Johnson, Attorneys at Law | Attorney Fees and Expenses per Order Awarding Compensation entered 01.31.22 (DE 83). | | | 3,978.73 | 418,636.52 |
| | | | Attorney Fees. 3,451.00 | 3110-000 | | | 418,636.52 |
| | | | Attorney Expenses. 527.73 | 3120-000 | | | 418,636.52 |
| 02/16/22 | 10127 | Wesler & Associates CPA PC | Accountant Fees and Expenses per Order Awarding Compensation entered 02.01.22 (DE 84). | | | 12,850.42 | 405,786.10 |
| | | | Accountant Fees. 11,822.50 | 3410-000 | | | 405,786.10 |
| | | | Accountant Expenses. 1,027.92 | 3420-000 | | | 405,786.10 |
| 02/17/22 | 10128 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond from 01.01.22 to 01.01.23; Bond #016026373 | 2300-000 | | 321.39 | 405,464.71 |
| 05/12/22 | 10129 | Franchise Tax Board | Dividend paid 100.00% on $1,585.97; Claim# 25P per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 5800-000 | | 1,585.97 | 403,878.74 |

Subtotals : $438,693.57 $34,814.83

{} Asset reference(s)                                                                                    Printed: 09/09/2022 07:06 PM    V.20.45

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 3:17-07878-CMW |
| **Case Name:** | LEGACY INTERACTIVE, INC. |
| | |
| **Taxpayer ID #:** | **-***4122 |
| **Period Ending:** | 09/09/22 |

| | |
|---|---|
| **Trustee:** | SUSAN R. LIMOR, TRUSTEE (620530) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******6967 - Checking Account |
| **Blanket Bond:** | $720,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/12/22 | 10130 | Texas Controller of Public Accounts | Dividend paid 100.00% on $2,687.86; Claim# 26P per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 5800-000 | | 2,687.86 | 401,190.88 |
| 05/12/22 | 10131 | New York State Department of Taxation & Finance | Dividend paid 100.00% on $82.26; Claim# 27P per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 5800-000 | | 82.26 | 401,108.62 |
| 05/12/22 | 10132 | CT CORPORATION | Dividend paid 21.69% on $6,473.76; Claim# 07 per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 7200-000 | | 764.11 | 400,344.51 |
| 05/12/22 | 10133 | L. Keith Mullins | Dividend paid 21.69% on $89,518.00; Claim# 08U per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 7200-000 | | 10,566.03 | 389,778.48 |
| 05/12/22 | 10134 | Tennessee Department of Revenue | Dividend paid 21.69% on $1,175.63; Claim# 10U per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). Voided on 05/31/22 | 7200-000 | | 138.76 | 389,639.72 |
| 05/12/22 | 10135 | RADIUS GGE USA INC | Dividend paid 21.69% on $32,229.50; Claim# 11 per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 7200-000 | | 3,804.13 | 385,835.59 |
| 05/12/22 | 10136 | VANTAGE POINT VENTURE PARTNERS 2006 (Q), L.P. | Dividend paid 21.69% on $1,954,114.00; Claim# 12 -2 per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 7200-000 | | 230,648.82 | 155,186.77 |
| 05/12/22 | 10137 | JIM D. KEVER | Dividend paid 21.69% on $673,814.00; Claim# 14U per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); | 7200-000 | | 79,531.89 | 75,654.88 |

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 3:17-07878-CMW | |
| **Case Name:** LEGACY INTERACTIVE, INC. | |
| **Taxpayer ID #:** **-***4122 | |
| **Period Ending:** 09/09/22 | |

| | |
|---|---|
| **Trustee:** SUSAN R. LIMOR, TRUSTEE (620530) | |
| **Bank Name:** Metropolitan Commercial Bank | |
| **Account:** ******6967 - Checking Account | |
| **Blanket Bond:** $720,000.00 (per case limit) | |
| **Separate Bond:** N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | | | | |
| 05/12/22 | 10138 | FRED C. GOAD | Dividend paid 21.69% on $445,048.00; Claim# 15U per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 7200-000 | | 52,530.09 | 23,124.79 |
| 05/12/22 | 10139 | JAMES P. AYLWARD | Dividend paid 21.69% on $3,358.00; Claim# 16U per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 7200-000 | | 396.35 | 22,728.44 |
| 05/12/22 | 10140 | Franchise Tax Board | Dividend paid 21.69% on $184.11; Claim# 25U per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 7200-000 | | 39.95 | 22,688.49 |
| 05/12/22 | 10141 | Texas Controller of Public Accounts | Dividend paid 21.69% on $283.98; Claim# 26U per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 7200-000 | | 61.61 | 22,626.88 |
| 05/12/22 | 10142 | New York State Department of Taxation & Finance | Dividend paid 21.69% on $81.05; Claim# 27U per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). | 7200-000 | | 17.59 | 22,609.29 |
| 05/12/22 | 10143 | SUSAN R. LIMOR, TRUSTEE | Trustee Compensation & Expenses per Chapter 7 Trustee's Final Report ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); Notice of Summary of TFR filed 03.22.22 (DE 91); and Order Awarding Trustee Compensation and Expenses entered 04.2 | | | 22,609.29 | 0.00 |
| | | | Trustee Compensation. 22,403.66 | 2100-000 | | | 0.00 |
| | | | Trustee Expenses. 205.63 | 2200-000 | | | 0.00 |
| 05/31/22 | 10134 | Tennessee Department of Revenue | Dividend paid 21.69% on $1,175.63; Claim# 10U per Chapter 7 Trustee's Final Report | 7200-000 | | -138.76 | 138.76 |

| | | | Subtotals : | | $0.00 | $75,516.12 | |

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case Number:** | 3:17-07878-CMW | **Trustee:** | SUSAN R. LIMOR, TRUSTEE (620530) |
| **Case Name:** | LEGACY INTERACTIVE, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| | | **Account:** | ******6967 - Checking Account |
| **Taxpayer ID #:** | **-***4122 | **Blanket Bond:** | $720,000.00  (per case limit) |
| **Period Ending:** | 09/09/22 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ("TFR") filed 03.22.22 (DE 88); Summary of TFR filed 03.22.22 (DE 89); and Notice of Summary of TFR filed 03.22.22 (DE 91). Voided: check issued on 05/12/22 | | | | |
| 06/23/22 | 10144 | VANTAGE POINT VENTURE PARTNERS 2006 (Q), L.P. | Dividend paid 21.70% on $1,954,114.00; Claim# 12 -2 per Supplemental Chapter 7 Trustee's Final Report ("Supplemental TFR") filed 06.17.22 (DE 100); & Summary of Supplemental TFR filed 06.17.22 (DE 101). | 7200-000 | | 84.59 | 54.17 |
| 06/23/22 | 10145 | JIM D. KEVER | Dividend paid 21.70% on $673,814.00; Claim# 14U per Supplemental Chapter 7 Trustee's Final Report ("Supplemental TFR") filed 06.17.22 (DE 100); & Summary of Supplemental TFR filed 06.17.22 (DE 101). | 7200-000 | | 29.17 | 25.00 |
| 06/23/22 | 10146 | FRED C. GOAD | Dividend paid 21.70% on $445,048.00; Claim# 15U per Supplemental Chapter 7 Trustee's Final Report ("Supplemental TFR") filed 06.17.22 (DE 100); & Summary of Supplemental TFR filed 06.17.22 (DE 101). | 7200-000 | | 19.27 | 5.73 |
| 06/23/22 | 10147 | United States Bankruptcy Court | Undistributed Funds per TRUSTEE'S REPORT OF UNDISTRIBUTED FUNDS filed 07.07.22 (DE 103). | | | 5.73 | 0.00 |
| | | | Dividend paid 21.70%    0.29 on $6,473.76;  Claim# 07; Filed: $6,473.76 | 7200-001 | | | 0.00 |
| | | | Dividend paid 21.70%    0.15 on $3,358.00;  Claim# 16U; Filed: $3,358.00 | 7200-001 | | | 0.00 |
| | | | Dividend paid 21.70%    3.88 on $89,518.00;  Claim# 08U; Filed: $89,518.00 | 7200-001 | | | 0.00 |
| | | | Dividend paid 21.70%    1.39 on $32,229.50;  Claim# 11; Filed: $32,229.50 | 7200-001 | | | 0.00 |
| | | | Dividend paid 21.70%    0.02 on $283.98;  Claim# 26U; Filed: $283.98 | 7200-001 | | | 0.00 |

| | Subtotals : | $0.00 | $138.76 |
|---|---|---|---|

Exhibit 9

Page: 9

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 3:17-07878-CMW | |
| **Case Name:** | LEGACY INTERACTIVE, INC. | |
| **Taxpayer ID #:** | **-***4122 | |
| **Period Ending:** | 09/09/22 | |

| | |
|---|---|
| **Trustee:** | SUSAN R. LIMOR, TRUSTEE (620530) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account:** | ******6967 - Checking Account |
| **Blanket Bond:** | $720,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 438,693.57 | 438,693.57 | $0.00 |
| | | | Less: Bank Transfers | | 438,693.57 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **438,693.57** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$438,693.57** | |

Exhibit 9

Page: 10

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 3:17-07878-CMW | |
| Case Name: | LEGACY INTERACTIVE, INC. | |
| | | |
| Taxpayer ID #: | **-***4122 | |
| Period Ending: | 09/09/22 | |

| | |
|---|---|
| Trustee: | SUSAN R. LIMOR, TRUSTEE (620530) |
| Bank Name: | Metropolitan Commercial Bank |
| Account: | ******6645 - Remnant Assets |
| Blanket Bond: | $720,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/10/22 | {7} | Sate of Tennessee | Franchise and Excise Tax Refund | 1229-000 | 10,225.29 | | 10,225.29 |
| 02/17/22 | 15125 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond from 01.01.22 to 01.01.23; Bond #016026373<br>Voided on 02/17/22 | 2300-000 | | 321.39 | 9,903.90 |
| 02/17/22 | 15125 | INTERNATIONAL SURETIES, LTD | Chapter 7 Blanket Bond from 01.01.22 to 01.01.23; Bond #016026373<br>Voided: check issued on 02/17/22 | 2300-000 | | -321.39 | 10,225.29 |
| 02/18/22 | 15126 | JM Partners LLC | Proceeds from Remnant Asset per Agreed Order...Authorizing Sale of Property of the Estate...entered 07.30.20 (DE 65). | 8500-002 | | 10,225.29 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 10,225.29 | 10,225.29 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 10,225.29 | 10,225.29 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $10,225.29 | $10,225.29 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******2566 | 873,073.19 | 434,379.62 | 0.00 |
| Checking # ******6967 | 0.00 | 438,693.57 | 0.00 |
| Checking # ******6645 | 10,225.29 | 10,225.29 | 0.00 |
| | $883,298.48 | $883,298.48 | $0.00 |

{} Asset reference(s)                                                                 Printed: 09/09/2022 07:06 PM   V.20.45